**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JERRY M. ADAIR, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**CIGNA CORPORATE SERVICES, LLC**<br>**THE CIGNA GROUP,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 25CV2384** |

**ORDER**

**AND NOW**, this 12th day of August, 2025, in light of Plaintiffs' filing of an Amended Complaint (ECF No. 31), **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 30) is **DENIED AS MOOT**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**