IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY M. ADAIR, et al., | CIVIL ACTION |
| **Plaintiffs,** | |
| v. | |
| CIGNA CORPORATE SERVICES, LLC, | NO.  25-2384 |
| and THE CIGNA GROUP, | |
| **Defendants.** | |

## ORDER

**AND NOW**, this 4th day of February, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (ECF Nos. 45, 48, 51, 53), and Plaintiffs' responses thereto (ECF Nos. 47, 50, 52), **IT IS HEREBY ORDERED** as follows:

1. Pursuant to Rule 12(b)(1), the Motion is **GRANTED** with respect to Count V (Unjust Enrichment), which is **DISMISSED WITHOUT PREJUDICE.**

2. Pursuant to Rule 12(b)(6), the Motion is **GRANTED** with respect to Count I (ECPA), Count II (WESCA), and Count III (Invasion of Privacy), and such counts are **DISMISSED WITHOUT PREJUDICE**.

3. The Motion is **DENIED** in all other respects.

BY THE COURT:

S/ WENDY BEETLESTONE

_____

WENDY BEETLESTONE, C.J.