UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY M. ADAIR, CARLA DANIELSON, KATHERINE J. EMRICK, PRESTON PHAM, and EVA D. RECCHIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA CORPORATE SERVICES, LLC, and THE CIGNA GROUP,<br><br>Defendants. | Case No. 2:25-cv-02384-WB<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS CIGNA CORPORATE SERVICES, LLC, AND THE CIGNA GROUP'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT AND AFFIRMATIVE DEFENSES**

Defendants Cigna Corporate Services, LLC, and The Cigna Group (together, "Defendants") hereby answer Plaintiffs' First Amended Class Action Complaint ("Complaint"). Any and all allegations not specifically admitted herein are denied. To the extent the Complaint asserts conclusions of law, such conclusions of law require no response. To the extent any response is required to headings or other unnumbered paragraphs in the Complaint, Defendants deny the factual allegations, if any, contained in such headings or unnumbered paragraphs.

1. Defendants admit that Plaintiffs purport to bring a class action against Defendants. Defendants deny that a class can be certified in this case. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Pennsylvania Wiretapping and Electronic Surveillance Control Act ("WESCA") and Electronic Communications Privacy Act ("ECPA") claims were dismissed, and therefore, no response to

those allegations is required. Except as otherwise stated, Defendants deny the allegations in paragraph 1 of the Complaint.

2. Defendants deny the allegations in paragraph 2 of the Complaint.

3. Defendants deny the allegations in paragraph 3 of the Complaint.

4. Defendants deny the allegations in paragraph 4 of the Complaint. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA and WESCA claims were dismissed, and therefore, no response to those allegations is required.

5. Defendants state that insofar as the allegations in paragraph 5 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 5 of the Complaint.

6. Defendants deny the allegations in paragraph 6 of the Complaint.

7. Defendants deny the allegations in paragraph 7 of the Complaint.

8. Defendants deny the allegations in paragraph 8 of the Complaint.

9. Defendants deny the allegations in paragraph 9 of the Complaint.

10. Defendants deny the allegations in paragraph 10 of the Complaint.

11. Defendants deny the allegations in paragraph 11 of the Complaint.

12. Defendants deny the allegations in paragraph 12 of the Complaint.

13. Defendants deny the allegations in paragraph 13 of the Complaint.

14. Defendants deny the allegations in paragraph 14 of the Complaint.

15. Defendants state that insofar as the allegations in paragraph 15 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

16. Defendants admit The Cigna Group is a "covered entity" under HIPAA. Defendants state that insofar as the remaining allegations in paragraph 16 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

17. Defendants state that insofar as the allegations in paragraph 17 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

18. Defendants state that insofar as the allegations in paragraph 18 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

19. Defendants state that insofar as the allegations in paragraph 19 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

20. Defendants deny the allegations in paragraph 20 of the Complaint.

21. Defendants admit that Plaintiffs purport to bring a class action against Defendants. Defendants deny that class treatment is appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 21 of the Complaint.

22. Defendants state that Plaintiffs allege that they seek civil remedies under the alleged causes of action. Defendants deny that Plaintiffs or any putative class members have suffered any injury or are entitled to any relief in this action and further deny that class treatment is appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 22 of the Complaint.

23. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 of the Complaint and therefore deny them.

24. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 of the Complaint and therefore deny them.

25. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 of the Complaint and therefore deny them.

26. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 of the Complaint and therefore deny them.

27. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the Complaint and therefore deny them.

28. Defendants admit that Cigna Corporate Services is an indirect wholly owned subsidiary of The Cigna Group. Defendants further admit that Cigna Corporate Services is a Delaware corporation. Defendants state that insofar as the remaining allegations in paragraph 28 state conclusions of law, no response is required.

29. Defendants admit the allegations in paragraph 29 of the Complaint.

30. Defendants admit that Cigna Corporate Services is an indirect wholly owned subsidiary of The Cigna Group. Defendants deny that Cigna Corporate Services administers digital infrastructures and lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 30 of the Complaint and therefore deny them.

31. Defendants state that www.cigna.com includes information regarding a range of health-related businesses, including health, dental, and vision businesses, on behalf of Cigna that is available to the public, including insureds of Cigna and the Plaintiffs. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 31.

32. To the extent paragraph 32 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the webpage or article speaks for itself, and Defendants deny any characterization of the webpage or article that is inconsistent with its

contents. Except as otherwise stated, Defendants deny the allegations in paragraph 32 of the Complaint.

33. Defendants admit the allegations in paragraph 33 of the Complaint.

34. Defendants state that insofar as the allegations in paragraph 34 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss, Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required. (*See* ECF No. 65.)

35. Defendants state that insofar as the allegations in paragraph 35 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss, Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. (*See* ECF No. 65.)

36. To the extent paragraph 36 references or purports to summarize, interpret, or quote any portion of an SEC report, the report speaks for itself, and Defendants deny any characterization of the report that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 36 of the Complaint.

37. Defendants admit that Cigna Corporate Services, LLC, does not maintain a webpage describing its relation to The Cigna Group. To the extent paragraph 37 references or purports to characterize a LinkedIn page titled "Cigna Corporate Services LLC," Defendants deny any characterization of the page that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 37 and therefore deny them.

38. Defendants state that Cigna Corporate Services is an indirect wholly owned subsidiary of The Cigna Group. To the extent paragraph 38 references or purports to summarize, interpret, or quote any portion of an SEC report, the report speaks for itself, and Defendants deny any characterization of the report that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 38 of the Complaint.

39. Defendants state that insofar as the allegations in paragraph 39 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

40. Defendants state that insofar as the allegations in paragraph 40 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

41. Defendants deny the allegations in paragraph 41 of the Complaint.

42. Defendants state that The Cigna Group operates and maintains www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, and www.my.cigna.com. Except as otherwise stated, Defendants deny the allegations or lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 and therefore deny them.

43. Defendants state that insofar as the allegations in paragraph 43 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

44. Defendants state that insofar as the allegations in paragraph 44 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

45. Defendants state that insofar as the allegations in paragraph 45 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

46. Defendants admit the foregoing language appears in the "Terms of Use for Cigna Healthcare" on www.cigna.com. To the extent the allegations in paragraph 46 relate to any other

unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46 and therefore deny them.

47. Defendants admit that Plaintiffs agreed to Cigna's Terms of Use and Privacy Policy. (*See* ECF No. 64 at 4.) Defendants state that, insofar as the allegations in paragraph 47 otherwise state conclusions of law, no response is required.

48. Defendants admit that Plaintiffs agreed to Cigna's Terms of Use and Privacy Policy. (*See* ECF No. 64 at 4.)

49. Defendants state that insofar as the allegations in paragraph 49 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

50. Defendants state that insofar as the allegations in paragraph 50 state conclusions of law, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 and therefore deny them.

51. Defendants state that insofar as the allegations in paragraph 51 state conclusions of law, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 and therefore deny them.

52. Defendants state that insofar as the allegations in paragraph 52 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

53. Defendants state that insofar as the allegations in paragraph 53 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

54. Defendants state that insofar as the allegations in paragraph 54 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

55. Defendants state that insofar as the allegations in paragraph 55 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

56. Defendants state that insofar as the allegations in paragraph 56 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

57. Defendants admit the foregoing language appears in the "Terms of Use for Cigna Healthcare" on www.cigna.com. To the extent the allegations in paragraph 57 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57 and therefore deny them.

58. To the extent paragraph 58 references or purports to summarize, interpret, or quote any portion of the Terms of Use for www.cigna.com, the Terms of Use speak for themselves, and Defendants deny any characterization of the Terms of Use that are inconsistent with their contents. Except as otherwise stated, Defendants deny the allegations in paragraph 58 of the Complaint.

59. To the extent paragraph 59 references or purports to summarize, interpret, or quote any portion of the Terms of Use for www.cigna.com, the Terms of Use speak for themselves, and Defendants deny any characterization of the Terms of Use that are inconsistent with their contents. Except as otherwise stated, Defendants deny the allegations in paragraph 59 of the Complaint.

60. Defendants admit the foregoing quoted language appears in the "Terms of Use for Cigna Healthcare" on www.cigna.com. To the extent the allegations in paragraph 60 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60 and therefore deny them.

61. To the extent paragraph 61 references or purports to summarize, interpret, or quote any portion of the Terms of Use for www.cigna.com, the Terms of Use speak for themselves, and Defendants deny any characterization of the Terms of Use that are inconsistent with their contents.. To the extent the allegations in paragraph 61 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61 and therefore deny them.

62. To the extent paragraph 62 references or purports to summarize, interpret, or quote any portion of the Terms of Use for www.cigna.com, the Terms of Use speak for themselves, and Defendants deny any characterization of the Terms of Use that are inconsistent with their contents. Except as otherwise stated, Defendants deny the allegations in paragraph 62 of the Complaint.

63. Defendants state that insofar as the allegations in paragraph 63 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

64. Defendants state that insofar as the allegations in paragraph 64 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required.

65. Defendants state that insofar as the allegations in paragraph 65 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required.

66. Defendants state that insofar as the allegations in paragraph 66 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants

further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required.

67. Defendants state that insofar as the allegations in paragraph 67 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required.

68. Defendants state that insofar as the allegations in paragraph 68 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required.

69. Defendants state that insofar as the allegations in paragraph 69 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required.

70. To the extent paragraph 70 references or purports to summarize, quote, or interpret the ECPA and FWA, the statutes speak for themselves, and Defendants deny any characterization of the statutes that are inconsistent with their content. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required.

71. Defendants state that insofar as the allegations in paragraph 71 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required.

72. Defendants state that insofar as the allegations in paragraph 72 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required.

73. Defendants state that insofar as the allegations in paragraph 73 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

74. Defendants state that insofar as the allegations in paragraph 74 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

75. Defendants state that insofar as the allegations in paragraph 75 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

76. Defendants state that insofar as the allegations in paragraph 76 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

77. Defendants state that insofar as the allegations in paragraph 77 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants

further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

78. Defendants state that insofar as the allegations in paragraph 78 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

79. Defendants state that insofar as the allegations in paragraph 79 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA and WESCA claims were dismissed, and therefore, no response to this paragraph is required.

80. To the extent paragraph 80 references or purports to summarize, quote, or interpret *Commonwealth v. Spangler*, 570 Pa. 226 (2022), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Further, Defendants state that insofar as the allegations in paragraph 80 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

81. Defendants state that insofar as the allegations in paragraph 81 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

82. Defendants state that insofar as the allegations in paragraph 82 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

83. Defendants state that insofar as the allegations in paragraph 83 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

84. Defendants state that insofar as the allegations in paragraph 84 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

85. Defendants state that insofar as the allegations in paragraph 85 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

86. Defendants state that insofar as the allegations in paragraph 86 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

87. Defendants state that insofar as the allegations in paragraph 87 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants

further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

88. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 88 and therefore deny them.

89. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89 and therefore deny them.

90. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 90 and therefore deny them.

91. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 91 and therefore deny them.

92. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92 and therefore deny them.

93. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 93 and therefore deny them.

94. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 94 and therefore deny them.

95. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 95 and therefore deny them.

96. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 96 and therefore deny them.

97. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 97 and therefore deny them.

98. Defendants state that insofar as the allegations in paragraph 98 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

99. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 99 and therefore deny them.

100. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 100 and therefore deny them.

101. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 101 and therefore deny them.

102. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 102 and therefore deny them.

103. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 103 and therefore deny them.

104. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 104 and therefore deny them.

105. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105 and therefore deny them. Defendants further state that insofar as the allegations in paragraph 105 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

106. Defendants state that to the extent paragraph 106 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Except as otherwise stated, Defendants lack

knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 106 and therefore deny them.

107. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 107 and therefore deny them.

108. Defendants state that to the extent paragraph 108 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Except as otherwise stated, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 108 and therefore deny them.

109. Defendants state that to the extent paragraph 109 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Except as otherwise stated, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109 and therefore deny them.

110. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 110 and therefore deny them.

111. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 111 and therefore deny them.

112. Defendants deny the allegations in paragraph 112 of the Complaint.

113. Defendants state that to the extent paragraph 113 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or

webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 113 and therefore deny them.

114. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 114 and therefore deny them.

115. Defendants state that to the extent paragraph 115 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Except as otherwise stated, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 115 and therefore deny them.

116. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 116 and therefore deny them.

117. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 117 and therefore deny them.

118. Defendants state that to the extent paragraph 118 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 118 and therefore deny them.

119. Defendants state that to the extent paragraph 119 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 119 and therefore deny them.

120. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 120 and therefore deny them.

121. Defendants state that to the extent paragraph 121 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 121 and therefore deny them.

122. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 122 and therefore deny them.

123. Defendants state that to the extent paragraph 123 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 123 and therefore deny them.

124. Defendants state that to the extent paragraph 124 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 124 and therefore deny them.

125. Defendants state that to the extent paragraph 125 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 125 and therefore deny them.

126. Defendants state that to the extent paragraph 126 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 126 and therefore deny them.

127. Defendants state that to the extent paragraph 127 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in paragraph 127 and therefore deny them.

128. Defendants state that to the extent paragraph 128 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 128 and therefore deny them.

129. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 129 and therefore deny them.

130. Defendants state that to the extent paragraph 130 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 130 and therefore deny them.

131. Defendants state that to the extent paragraph 131 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 131 and therefore deny them.

132. Defendants state that to the extent paragraph 132 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 132 and therefore deny them.

133. Defendants state that to the extent paragraph 133 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 133 of the Complaint.

134. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 134 and therefore deny them.

135. Defendants state that to the extent paragraph 135 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 135 and therefore deny them.

136. Defendants state that to the extent paragraph 136 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in paragraph 136 and therefore deny them.

137. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137 and therefore deny them.

138. Defendants state that to the extent paragraph 138 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 138 and therefore deny them.

139. Defendants state that to the extent paragraph 139 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 139 and therefore deny them.

140. Defendants state that to the extent paragraph 140 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 140 and therefore deny them.

141. Defendants state that to the extent paragraph 141 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 141 and therefore deny them.

142. Defendants state that to the extent paragraph 142 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 142 and therefore deny them.

143. Defendants state that to the extent paragraph 143 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 143 and therefore deny them.

144. Defendants state that to the extent paragraph 144 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in paragraph 144 and therefore deny them.

145. Defendants state that to the extent paragraph 145 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 145 and therefore deny them.

146. Defendants state that to the extent paragraph 146 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 146 and therefore deny them.

147. Defendants state that to the extent paragraph 147 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 147 and therefore deny them.

148. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 148 and therefore deny them.

149. Defendants state that to the extent paragraph 149 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 149 and therefore deny them.

150. Defendants state that to the extent paragraph 150 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 150 and therefore deny them.

151. Defendants state that to the extent paragraph 151 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 151 and therefore deny them.

152. Defendants admit The Cigna Group is a "covered entity" under HIPAA and is a health benefits provider. Except as otherwise stated, Defendants deny the allegations in paragraph 152 of the Complaint.

153. Defendants state that insofar as the allegations in paragraph 153 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

154. Defendants state that to the extent paragraph 154 references or purports to summarize, interpret, or quote any portion of a U.S. Department of Health and Human Services ("HHS") bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants state that insofar as the allegations in paragraph 154 state conclusions of law, no response is required. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 154 of the Complaint and therefore deny them.

155. Defendants state that to the extent paragraph 155 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants state that insofar as the allegations in paragraph 155 state conclusions of law, no response is required. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 155 of the Complaint and therefore deny them.

156. Defendants state that to the extent paragraph 156 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants state that insofar as the allegations in paragraph 156 state conclusions of law, no response is required. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 156 of the Complaint and therefore deny them.

157. Defendants state that to the extent paragraph 157 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 157 of the Complaint.

Defendants state that insofar as the allegations in paragraph 157 state conclusions of law, no response is required. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 157 of the Complaint and therefore deny them.

158. Defendants state that insofar as the allegations in paragraph 158 state conclusions of law, no response is required. Defendants state that insofar as the allegations in paragraph 158 state conclusions of law, no response is required. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 158 of the Complaint and therefore deny them.

159. Defendants state that to the extent paragraph 159 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants state that insofar as the allegations in paragraph 159 state conclusions of law, no response is required. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 159 of the Complaint and therefore deny them.

160. Defendants state that insofar as the allegations in paragraph 160 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

161. Defendants state that to the extent paragraph 161 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 161 of the Complaint and therefore deny them.

162. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 162 and therefore deny them.

163. Defendants state that to the extent paragraph 163 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 163 of the Complaint and therefore deny them.

164. Defendants state that to the extent paragraph 164 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 164 of the Complaint and therefore deny them.

165. Defendants state that to the extent paragraph 165 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 165 of the Complaint and therefore deny them.

166. Defendants state that to the extent paragraph 166 references or purports to summarize, interpret, or quote a July 23, 2023 joint letter from the Federal Trade Commission ("FTC") and HHS Office for Civil Rights, the joint letter speaks for itself, and Defendants deny any characterization of the letter that is inconsistent with the letter's contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 166 of the Complaint and therefore deny them.

167. Defendants state that to the extent paragraph 167 references or purports to summarize, interpret, or quote a July 23, 2023 joint letter from the FTC and HHS Office for Civil Rights, the joint letter speaks for itself, and Defendants deny any characterization of the letter that is inconsistent with the letter's contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 167 of the Complaint and therefore deny them.

168. Defendants state that insofar as the allegations in paragraph 168 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

169. Defendants state that to the extent paragraph 169 references or purports to summarize, interpret, or quote the American Medical Association ("AMA")'s *Code of Medical Ethics*, the rules speak for themselves, and Defendants deny any characterization of the rules that are inconsistent with their contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 169 of the Complaint and therefore deny them.

170. Defendants state that to the extent paragraph 170 references or purports to summarize, interpret, or quote the AMA's *Code of Medical Ethics*, the rules speak for themselves, and Defendants deny any characterization of the rules that are inconsistent with its contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 170 of the Complaint and therefore deny them.

171. Defendants state that insofar as the allegations in paragraph 171 state conclusions of law, no response is required. Defendants deny the remaining allegations in paragraph 171.

172. Defendants deny the allegations in paragraph 172 of the Complaint.

173. Defendants state that to the extent paragraph 173 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 173 of the Complaint.

174. To the extent paragraph 174 refers to the disclosure of information to Adobe, Defendants state that any such disclosures, if any, were made pursuant to HIPAA-compliant business associate agreements and were expressly permitted by law. Except as otherwise stated, Defendants deny the allegations in paragraph 174 of the Complaint.

175. Defendants deny the allegations in paragraph 175 of the Complaint.

176. Defendants deny the allegations in paragraph 176 of the Complaint.

177. Defendants deny the allegations in paragraph 177 of the Complaint.

178. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 178 and therefore deny them.

179. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 179 and therefore deny them.

180. Defendants state that to the extent paragraph 180 references or purports to summarize, interpret, or quote any portion of two articles or webpages, those materials speak for themselves, and Defendants deny any characterization of the materials that is inconsistent with their contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 180 and therefore deny them.

181. Defendants state that to the extent paragraph 181 references or purports to summarize, interpret, or quote any portion of an article and webpage, those materials speak for themselves, and Defendants deny any characterization of the materials that is inconsistent with

their contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 181 and therefore deny them.

182. Defendants deny the allegations in paragraph 182 of the Complaint.

183. Defendants deny the allegations in paragraph 183 of the Complaint.

184. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 184 of the Complaint. To the extent the allegations in paragraph 184 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 184 and therefore deny them.

185. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 185 of the Complaint. To the extent the allegations in paragraph 185 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 185 and therefore deny them.

186. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 186 of the Complaint. To the extent the allegations in paragraph 186 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 186 and therefore deny them.

187. Defendants deny the allegations in paragraph 187 of the Complaint.

188. Defendants state that to the extent paragraph 188 references or purports to summarize, interpret, or quote any portion of an article and webpage, those materials speak for themselves, and Defendants deny any characterization of the materials that is inconsistent with their contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 188 and therefore deny them.

189. Defendants state that to the extent paragraph 189 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 189 and therefore deny them.

190. Defendants state that to the extent paragraph 190 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 190 and therefore deny them.

191. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 191 and therefore deny them.

192. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 192 and therefore deny them.

193. Defendants admit that they use technology provided by LiveRamp on www.cigna.com, www.cigna.com/knowledge-center, and www.plans.cigna.com. To the extent the allegations in paragraph 193 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in

paragraph 193 and therefore deny them. Defendants deny the remaining allegations in paragraph 193 of the Complaint.

194. Defendants deny the allegations in paragraph 194 of the Complaint.

195. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 195 of the Complaint. To the extent the allegations in paragraph 195 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 195 and therefore deny them.

196. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 196 of the Complaint. To the extent the allegations in paragraph 196 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 196 and therefore deny them.

197. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 197 of the Complaint. To the extent the allegations in paragraph 197 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 197 and therefore deny them.

198. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or

www.my.cigna.com, Defendants deny the allegations in paragraph 198 of the Complaint. To the extent the allegations in paragraph 198 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 198 and therefore deny them.

199. Defendants deny the allegations in paragraph 199 of the Complaint.

200. Defendants state that to the extent paragraph 200 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 200 and therefore deny them.

201. Defendants state that to the extent paragraph 201 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 201 and therefore deny them.

202. Defendants state that to the extent paragraph 202 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 202 and therefore deny them.

203. Defendants admit that they use technology provided by Demandbase on www.cigna.com, www.cigna.com/knowledge-center, and www.plans.cigna.com. To the extent the allegations in paragraph 203 relate to any other unspecified website, Defendants lack

knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 203 and therefore deny them.

204. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 204 and therefore deny them.

205. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 205 of the Complaint. To the extent the allegations in paragraph 205 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 205 and therefore deny them.

206. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 206 of the Complaint. To the extent the allegations in paragraph 206 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 206 and therefore deny them.

207. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 207 of the Complaint. To the extent the allegations in paragraph 207 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 207 and therefore deny them.

208. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 208 of the Complaint. To the extent the allegations in paragraph 208 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 208 and therefore deny them.

209. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 209 of the Complaint. To the extent the allegations in paragraph 209 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 209 and therefore deny them.

210. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 210 of the Complaint. To the extent the allegations in paragraph 210 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 210 and therefore deny them.

211. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 211 of the Complaint. To the extent the allegations in paragraph 211 relate to any other unspecified website, Defendants lack

knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 211 and therefore deny them.

212. Defendants deny the allegations in paragraph 212 of the Complaint.

213. Defendants state that to the extent paragraph 213 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 213 and therefore deny them.

214. Defendants state that to the extent paragraph 214 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 214 and therefore deny them.

215. Defendants deny the allegations in paragraph 215 of the Complaint.

216. Defendants deny the allegations in paragraph 216 of the Complaint.

217. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 217 of the Complaint. To the extent the allegations in paragraph 217 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 217 and therefore deny them.

218. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or

www.my.cigna.com, Defendants deny the allegations in paragraph 218 of the Complaint. To the extent the allegations in paragraph 218 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 218 and therefore deny them.

219. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 219 of the Complaint. To the extent the allegations in paragraph 219 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 219 and therefore deny them.

220. Defendants deny the allegations in paragraph 220 of the Complaint.

221. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 221 and therefore deny them.

222. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 222 and therefore deny them.

223. Defendants state that to the extent paragraph 223 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 223 and therefore deny them.

224. Defendants deny the allegations in paragraph 224 of the Complaint.

225. Defendants deny the allegations in paragraph 225 of the Complaint.

226. Defendants deny the allegations in paragraph 226 of the Complaint.

227. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 227 of the Complaint. To the extent the allegations in paragraph 227 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 227 and therefore deny them.

228. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 228 of the Complaint. To the extent the allegations in paragraph 228 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 228 and therefore deny them.

229. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 229 of the Complaint. To the extent the allegations in paragraph 229 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 229 and therefore deny them.

230. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 230 of the Complaint. To the extent the allegations in paragraph 230 relate to any other unspecified website, Defendants lack

knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 230 and therefore deny them.

231. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 231 of the Complaint. To the extent the allegations in paragraph 231 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 231 and therefore deny them.

232. Defendants deny the allegations in paragraph 232 of the Complaint.

233. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 233 and therefore deny them.

234. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 234 and therefore deny them.

235. Defendants state that to the extent paragraph 235 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 235 and therefore deny them.

236. Defendants state that to the extent paragraph 236 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 236 and therefore deny them.

237. Defendants state that to the extent paragraph 237 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 237 and therefore deny them.

238. Defendants state that to the extent paragraph 238 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 238 and therefore deny them.

239. Defendants state that to the extent paragraph 239 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 239 and therefore deny them.

240. Defendants deny the allegations in paragraph 240 of the Complaint.

241. Defendants deny the allegations in paragraph 241 of the Complaint.

242. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 242 of the Complaint. To the extent the allegations in paragraph 242 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 242 and therefore deny them.

243. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 243 of the Complaint. To the extent the allegations in paragraph 243 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 243 and therefore deny them.

244. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 244 of the Complaint. To the extent the allegations in paragraph 244 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 244 and therefore deny them.

245. Defendants state that to the extent paragraph 245 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 245 and therefore deny them.

246. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 246 of the Complaint. To the extent the allegations in paragraph 246 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 246 and therefore deny them.

247. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 247 of the Complaint. To the extent the allegations in paragraph 247 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 247 and therefore deny them.

248. Defendants deny the allegations in paragraph 248 of the Complaint.

249. Defendants state that to the extent paragraph 249 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 249 and therefore deny them.

250. Defendants state that to the extent paragraph 250 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 250 and therefore deny them.

251. Defendants state that to the extent paragraph 251 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 251 and therefore deny them.

252. Defendants state that to the extent paragraph 252 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 252 and therefore deny them.

253. Defendants state that to the extent paragraph 253 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 253 and therefore deny them.

254. Defendants state that to the extent paragraph 254 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 254 and therefore deny them.

255. Defendants state that to the extent paragraph 255 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 255 and therefore deny them.

256. Defendants admit that they use technology provided by Meta www.cigna.com. To the extent the allegations in paragraph 256 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the

allegations in paragraph 256 and therefore deny them. Defendants deny the remaining allegations in paragraph 256 of the Complaint.

257. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 257 of the Complaint. To the extent the allegations in paragraph 257 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 257 and therefore deny them.

258. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 258 of the Complaint. To the extent the allegations in paragraph 258 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 258 and therefore deny them.

259. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 259 of the Complaint. To the extent the allegations in paragraph 259 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 259 and therefore deny them.

260. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 260 of the Complaint. To the

extent the allegations in paragraph 260 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 260 and therefore deny them.

261. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 261 of the Complaint. To the extent the allegations in paragraph 261 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 261 and therefore deny them.

262. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 262 of the Complaint. To the extent the allegations in paragraph 262 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 262 and therefore deny them.

263. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 263 of the Complaint. To the extent the allegations in paragraph 263 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 263 and therefore deny them.

264. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or

www.my.cigna.com, Defendants deny the allegations in paragraph 264 of the Complaint. To the extent the allegations in paragraph 264 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 264 and therefore deny them.

265. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 265 of the Complaint. To the extent the allegations in paragraph 265 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 265 and therefore deny them.

266. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 266 of the Complaint. To the extent the allegations in paragraph 266 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 266 and therefore deny them.

267. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 267 of the Complaint. To the extent the allegations in paragraph 267 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 267 and therefore deny them.

268. Defendants state that technology provided by Adobe is utilized within the myCigna portal pursuant to HIPAA-compliant business associate agreements and for internal purposes only, as expressly permitted by law. Defendants deny the remaining allegations in paragraph 268 of the Complaint.

269. Defendants deny the allegations in paragraph 269 of the Complaint.

270. Defendants state that insofar as the allegations in paragraph 270 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 270 of the Complaint.

271. Defendants state that to the extent paragraph 271 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 271 of the Complaint.

272. Defendants state that to the extent paragraph 272 references or purports to summarize, interpret, or quote any portion of a Transport Layer Security certificate, the certificate speaks for itself, and Defendants deny any characterization of the certificate that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 272 and therefore deny them.

273. Defendants deny the allegations in paragraph 273 of the Complaint.

274. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 274 and therefore deny them.

275. Defendants deny the allegations in paragraph 275 of the Complaint.

276. Defendants state that to the extent paragraph 276 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and

Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 276 and therefore deny them.

277. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 277 and therefore deny them.

278. To the extent paragraph 278 refers to the disclosure of information to Adobe, Defendants state that any such disclosures, if at all, were made pursuant to HIPAA-compliant business associate agreements and were expressly permitted by law. Defendants further state that, insofar as the allegations in paragraph 278 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

279. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 279 and therefore deny them.

280. Defendants deny the allegations in paragraph 280 of the Complaint.

281. To the extent paragraph 281 refers to the disclosure of information to Adobe, Defendants state that any such disclosures, if at all, were made pursuant to HIPAA-compliant business associate agreements and were expressly permitted by law. Except as otherwise stated, Defendants deny the allegations in paragraph 281 of the Complaint.

282. Defendants deny the allegations in paragraph 282 of the Complaint.

283. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 283 and therefore deny them.

284. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 284 and therefore deny them.

285. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 285 and therefore deny them.

286. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 286 and therefore deny them.

287. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 287 and therefore deny them.

288. Defendants state that insofar as the allegations in paragraph 288 state conclusions of law, no response is required. Further, Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 288 and therefore deny them.

289. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 289 regarding Plaintiffs' use of Defendants' medical or dental portals and therefore deny them. Defendants further deny that Plaintiffs' searches and interactions were intercepted and disclosed, if at all, to third parties without consent. Finally, Defendants deny all remaining allegations in paragraph 289, including that Plaintiffs or any putative class members have suffered any injury or are entitled to any relief in this action, and further deny that class treatment is appropriate.

290. Defendants state that to the extent paragraph 290 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents.

291. Defendants state that to the extent paragraph 291 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents.

292. Defendants admit the foregoing language appears on the "Legal and Privacy Information" page on www.cigna.com. To the extent paragraph 292 references or purports to summarize, interpret, or quote any portion of this webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents.

293. Defendants state that to the extent paragraph 293 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents.

294. Defendants state that to the extent paragraph 294 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 294 and therefore deny them. Except as otherwise stated, Defendants deny the allegations in paragraph 294 of the Complaint.

295. Defendants state that to the extent paragraph 295 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 295 and therefore deny them.

296. Defendants state that to the extent paragraph 296 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 296 and therefore deny them.

297. Defendants state that to the extent paragraph 297 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 297 and therefore deny them. Except as otherwise stated, Defendants deny the allegations in paragraph 297 of the Complaint.

298. Defendants state that to the extent paragraph 298 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 298 and therefore deny them. Except as otherwise stated, Defendants deny the allegations in paragraph 298 of the Complaint.

299. Defendants state that to the extent paragraph 299 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 299 of the Complaint.

300. Defendants state that insofar as the allegations in paragraph 300 state conclusions of law, no response is required. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 300 and therefore deny them.

301. Defendants deny the allegations in paragraph 301 of the Complaint.

302. Defendants deny the allegations in paragraph 302 of the Complaint.

303. Defendants deny the allegations in paragraph 303 of the Complaint.

304. Defendants deny the allegations in paragraph 304 of the Complaint.

305. Defendants deny the allegations in paragraph 305 of the Complaint.

306. Defendants deny the allegations in paragraph 306 of the Complaint.

307. Defendants state that insofar as the allegations in paragraph 307 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

308. Defendants state that to the extent paragraph 308 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 308 of the Complaint.

309. Defendants state that to the extent paragraph 309 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents.

310. Defendants state that to the extent paragraph 310 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 310 of the Complaint.

311. Defendants state that to the extent paragraph 311 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 311 of the Complaint.

312. Defendants state that to the extent paragraph 312 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 312 of the Complaint.

313. Defendants state that to the extent paragraph 313 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 313 of the Complaint.

314. Defendants state that to the extent paragraph 314 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 314 of the Complaint.

315. Defendants state that to the extent paragraph 315 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 315 of the Complaint.

316. Defendants state that to the extent paragraph 316 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 316 of the Complaint.

317. Defendants state that to the extent paragraph 317 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 317 of the Complaint.

318. Defendants deny the allegations in paragraph 318 of the Complaint.

319. Defendants state that to the extent paragraph 319 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and

Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 319 of the Complaint.

320. Defendants state that to the extent paragraph 320 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 320 of the Complaint.

321. Defendants state that to the extent paragraph 321 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 321 of the Complaint.

322. Defendants state that to the extent paragraph 322 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 322 of the Complaint.

323. Defendants deny the allegations in paragraph 323 of the Complaint.

324. Defendants deny the allegations in paragraph 324 of the Complaint.

325. Defendants deny the allegations in paragraph 325 of the Complaint.

326. Defendants state that insofar as the allegations in paragraph 326 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

327. Defendants state that to the extent paragraph 327 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants further state that insofar as the allegations in paragraph 327 state conclusions of law,

no response is required, and Defendants deny the allegations on that basis. Defendants deny the remaining allegations in paragraph 327 of the Complaint.

328. Defendants state that insofar as the allegations in paragraph 328 state conclusions of law, no response is required. Defendants deny the remaining allegations in paragraph 328 of the Complaint.

329. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 329 and therefore deny them.

330. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 330 and therefore deny them. Defendants further state that insofar as the allegations in paragraph 330 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

331. Defendants state that insofar as the allegations in paragraph 331 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

332. Defendants state that insofar as the allegations in paragraph 332 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

333. Defendants state that insofar as the allegations in paragraph 333 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

334. Defendants deny the allegations in paragraph 334 of the Complaint.

335. Defendants deny the allegations in paragraph 335 of the Complaint.

336. Defendants deny the allegations in paragraph 336 of the Complaint.

337. Defendants state that insofar as the allegations in paragraph 337 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 337 of the Complaint.

338. Defendants state that insofar as the allegations in paragraph 338 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 338 of the Complaint.

339. Defendants state that insofar as the allegations in paragraph 339 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 339 of the Complaint.

340. Defendants state that insofar as the allegations in paragraph 340 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 340 of the Complaint.

341. Defendants deny the allegations in paragraph 341 of the Complaint.

342. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 342 and therefore deny them.

343. Defendants deny the allegations in paragraph 343 of the Complaint.

344. Defendants deny the allegations in paragraph 344 of the Complaint.

345. Defendants state that insofar as the allegations in paragraph 345 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 345 of the Complaint.

346. Defendants state that insofar as the allegations in paragraph 346 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 346 of the Complaint.

347. Defendants state that insofar as the allegations in paragraph 347 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 347 of the Complaint.

348. Defendants state that Plaintiffs purport to bring a class action against Defendants and represent a proposed class. Defendants deny that class treatment is appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 348 of the Complaint.

349. Defendants deny the allegations in paragraph 349 of the Complaint. Defendants further state that insofar as the allegations in paragraph 349 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

350. Defendants deny the allegations in paragraph 350 of the Complaint and its subparts. Defendants further state that insofar as the allegations in paragraph 350 state conclusions of law, no response is required, and Defendants deny the allegations Complaint on that basis.

351. Defendants deny the allegations in paragraph 351 of the Complaint. Defendants further state that insofar as the allegations in paragraph 351 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

352. Defendants deny the allegations in paragraph 352 of the Complaint. Defendants further state that insofar as the allegations in paragraph 352 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

353. Defendants deny the allegations in paragraph 353 of the Complaint. Defendants further state that insofar as the allegations in paragraph 353 state conclusions of law, no response is required, and Defendants deny the allegations in paragraph 353 of the Complaint on that basis.

354. Defendants deny the allegations in paragraph 354 of the Complaint. Defendants further state that insofar as the allegations in paragraph 354 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

355. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 355 and therefore deny them. Defendants further state that insofar as the allegations in paragraph 355 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

356. To the extent paragraph 356 references or purports to summarize, quote, or interpret *Cates v. Trs. of Columbia Univ.*, No. 1:16-cv-06524-GBD, 2021 U.S. Dist. LEXIS 200890, at *15-16 (S.D.N.Y. Oct. 18, 2021), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 356 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

357. To the extent paragraph 357 references or purports to summarize, quote, or interpret *Tibble v. Edison Int'l*, 135 S.Ct. 1823 (2015), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 357 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

358. To the extent paragraph 358 references or purports to summarize, quote, or interpret *Hughes v. Nw. Univ.*, 595 U.S. 170 (2022), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 358 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

359. To the extent paragraph 358 references or purports to summarize, quote, or interpret *Cunningham v. Cornell Univ.*, 604 U.S. 693 (2025), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its

content. Defendants further state that insofar as the allegations in paragraph 359 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

360. To the extent paragraph 360 references or purports to summarize, quote, or interpret *Sweda v. Univ. of Pa.*, No. 16-4329, 2021 WL 2665722 (E.D. Pa. June 28, 2021); *Mister v. Illinois Central Gulf R.R.*, No. 81-3006 (S.D. Ill. 1993); *Will v. General Dynamics*, No. 06-698, 2010 WL 4818174, at *2 (S.D. Ill. Nov. 22, 2010); *Nolte v. Cigna Corp.*, No. 07-2046, 2013 WL 12242015, at *2 (C.D. Ill. Oct. 15, 2013); *Beesley v. Int'l Paper Co.*, No. 06-703, 2014 WL 375432, at *2 (S.D. Ill. Jan. 31, 2014); or *Abbott v. Lockheed Martin Corp.*, No. 06-701, 2015 WL 4398475, at *2 (S.D. Ill. July 17, 2015), the judicial opinions speaks for themselves, and Defendants deny any characterization of the opinions that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 360 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

361. To the extent paragraph 361 references or purports to summarize, quote, or interpret *Sweda v. Univ. of Pa.*, No. 16-4329, 2021 WL 2665722 (E.D. Pa. June 28, 2021), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 361 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

362. To the extent paragraph 362 references or purports to summarize, quote, or interpret *Mister v. Illinois Central Gulf R.R.*, No. 81-3006 (S.D. Ill. 1993), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent

with its content. Defendants further state that insofar as the allegations in paragraph 362 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

363. To the extent paragraph 363 references or purports to summarize, quote, or interpret *Will v. General Dynamics*, No. 06-698, 2010 WL 4818174, at *2 (S.D. Ill. Nov. 22, 2010), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 363 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

364. To the extent paragraph 364 references or purports to summarize, quote, or interpret *Nolte v. Cigna Corp.*, No. 07-2046, 2013 WL 12242015, at *2 (C.D. Ill. Oct. 15, 2013), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 364 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

365. To the extent paragraph 365 references or purports to summarize, quote, or interpret *Beesley v. Int'l Paper Co.*, No. 06-703, 2014 WL 375432, at *2 (S.D. Ill. Jan. 31, 2014), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 365 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

366. To the extent paragraph 366 references or purports to summarize, quote, or interpret *Abbott v. Lockheed Martin Corp.*, No. 06-701, 2015 WL 4398475, at *2 (S.D. Ill. July 17, 2015), the judicial opinion speaks for itself, and Defendants deny any characterization of

the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 366 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

**COUNT I**
**Violation of the Federal Wiretap Act**
**18 U.S.C. § 2510, *et seq.***
**(On Behalf of Plaintiffs and the Class)**

367. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 367 of the Complaint.

368. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 368 of the Complaint.

369. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 369 of the Complaint.

370. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 370 of the Complaint.

371. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required.

To the extent a response is required, Defendants deny the allegations in paragraph 371 of the Complaint.

372. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 372 of the Complaint.

373. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 373 of the Complaint.

374. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 374 of the Complaint.

375. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 375 of the Complaint.

376. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 376 of the Complaint.

377. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' ECPA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 377 of the Complaint.

**COUNT II**
**Violation of the Pennsylvania Wiretapping and Electronic Surveillance Control Act**
**18 Pa. Cons. Stat. § 5701, *et seq.***
**(On Behalf of Plaintiffs and the Class)**

378. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 378 of the Complaint.

379. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 379 of the Complaint.

380. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 380 of the Complaint.

381. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 381 of the Complaint.

382. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 382 of the Complaint.

383. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 383 of the Complaint.

384. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 384 of the Complaint.

385. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 385 of the Complaint.

386. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 386 of the Complaint.

387. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required.

To the extent a response is required, Defendants deny the allegations in paragraph 387 of the Complaint.

388. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 388 of the Complaint.

389. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 389 of the Complaint.

390. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 390 of the Complaint.

391. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 391 of the Complaint.

392. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 392 of the Complaint.

393. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 393 of the Complaint.

394. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 394 of the Complaint.

395. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' WESCA claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 395 of the Complaint.

## COUNT III
## Invasion of Privacy
## (On Behalf of Plaintiffs and the Class)

396. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Invasion of Privacy claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 396 of the Complaint.

397. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Invasion of Privacy claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 397 of the Complaint.

398. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Invasion of Privacy claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 398 of the Complaint.

399. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Invasion of Privacy claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 399 of the Complaint.

400. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Invasion of Privacy claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 400 of the Complaint.

401. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Invasion of Privacy claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 401 of the Complaint.

402. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Invasion of Privacy claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 402 of the Complaint.

403. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Invasion of Privacy claim was dismissed, and therefore, no response to this paragraph

is required. To the extent a response is required, Defendants deny the allegations in paragraph 403 of the Complaint.

404. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Invasion of Privacy claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 404 of the Complaint.

405. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Invasion of Privacy claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 405 of the Complaint.

406. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Invasion of Privacy claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 406 of the Complaint.

407. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Invasion of Privacy claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 407 of the Complaint.

408. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Invasion of Privacy claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 408 of the Complaint.

**<u>COUNT IV</u>**
**Breach of Fiduciary Duty**
**(On Behalf of Plaintiffs and the Class)**

409. Defendants reallege and incorporate the responses to the previous allegations of the Complaint. Defendants state that Plaintiffs purport to bring this count individually and on behalf of members of a proposed class. Defendants deny that class treatment is appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 409 of the Complaint.

410. To the extent paragraph 410 references or purports to summarize, quote, or interpret 145 C.F.R. § 164.502, the statute speaks for itself, and Defendants deny any characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 410 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 410 of the Complaint.

411. To the extent paragraph 411 references or purports to summarize, quote, or interpret 145 C.F.R. § 164.502, the statute speaks for itself, and Defendants deny any characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 411 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 411 of the Complaint.

412. To the extent paragraph 412 references or purports to summarize, quote, or interpret 28 Pa. Code § 115.27, 28 Pa. Stat. § 7607, and 49 Pa. Code § 25.213(c), the statutes speak for themselves, and Defendants deny any characterization of the statutes that is inconsistent with their content. Defendants state that insofar as the allegations in paragraph 412 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 412 of the Complaint.

413. To the extent paragraph 413 references or purports to summarize, quote, or interpret 145 C.F.R. § 164.502, the statute speaks for itself, and Defendants deny any

characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 413 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 413 of the Complaint.

414. Defendants state that insofar as the allegations in paragraph 414 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 414 of the Complaint.

415. Defendants state that insofar as the allegations in paragraph 415 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 415 of the Complaint.

416. Defendants state that insofar as the allegations in paragraph 416 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 416 of the Complaint.

417. Defendants deny that Plaintiffs or any putative class member have suffered any injury or are entitled to any relief in this action and further deny that class treatment is appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 417 of the Complaint.

**COUNT V**
**Unjust Enrichment**
**(On Behalf of Plaintiffs and the Class)**

418. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Unjust Enrichment claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 418 of the Complaint.

419. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Unjust Enrichment claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 419 of the Complaint.

420. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Unjust Enrichment claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 420 of the Complaint.

421. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Unjust Enrichment claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 421 of the Complaint.

422. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Unjust Enrichment claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 422 of the Complaint.

423. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Unjust Enrichment claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 423 of the Complaint.

424. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Unjust Enrichment claim was dismissed, and therefore, no response to this paragraph

is required. To the extent a response is required, Defendants deny the allegations in paragraph 424 of the Complaint.

425. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Unjust Enrichment claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 425 of the Complaint.

426. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 65), Plaintiffs' Unjust Enrichment claim was dismissed, and therefore, no response to this paragraph is required. To the extent a response is required, Defendants deny the allegations in paragraph 426 of the Complaint.

## PRAYER FOR RELIEF

Defendants deny that Plaintiffs and putative class members are entitled to any of the requested relief, including the relief requested under the section entitled "Request for Relief."

## JURY TRIAL DEMANDED

Defendants state that Plaintiffs have demanded a trial by jury on all claims so triable.

## AFFIRMATIVE DEFENSES

As to affirmative defenses to the Complaint, Defendants do not, by stating the matters set forth in these defenses, assume the burden of proof or persuasion on any matters as to which Plaintiffs have the burden of proof or persuasion. The following affirmative defenses are based on Defendants' knowledge, information, and belief at this time, and Defendants specifically reserve the right to modify, amend, or supplement any affirmative defense contained in this Answer. Defendants reserve the right to assert other defenses as information is gathered through

discovery and investigation.

**FIRST AFFIRMATIVE DEFENSE**

**(Lack of Article III Standing)**

Plaintiffs and putative class members lack Article III standing because they have not suffered any injury-in-fact that can be fairly traced to Defendants' alleged conduct.

**SECOND AFFIRMATIVE DEFENSE**

**(Consent)**

Plaintiffs' and the putative class's claims are barred, in whole or in part, to the extent that Plaintiffs and/or putative class members consented to Defendants' use of website analytic and enhancement technologies, such as cookies and pixels, when they registered for an account and because they were on notice of such practices through Defendants' hyperlinked privacy policy, including in the footer of the webpages at issue.

**THIRD AFFIRMATIVE DEFENSE**

**(Assumption of Risk, Voluntary Disclosure)**

Plaintiffs' and the putative class's claims are barred to the extent that Plaintiffs and/or putative class members assumed the risk of any browsing information being shared with a public website and to the extent that Plaintiffs and putative class members were aware that Defendants or Dermatologist On Call used third-party tracking technology on their respective webpages.

**FOURTH AFFIRMATIVE DEFENSE**

**(Reasonableness and Good Faith)**

Plaintiffs' and the putative class's claims are barred, in whole or in part, because Defendants at all times acted in good faith and in compliance with any applicable state and

federal laws and/or regulations.

**FIFTH AFFIRMATIVE DEFENSE**

**(Substantial Compliance)**

Plaintiffs' and the putative class's claims are barred, in whole or in part, because at all times Defendants substantially complied with any applicable law, statutes, and/or regulations.

**SIXTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

Plaintiffs' and the putative class's claims are barred, in whole or in part, by the applicable two-year statute of limitations for breach of fiduciary duty claims.

**SEVENTH AFFIRMATIVE DEFENSE**

**(No Injury and No Damage)**

Plaintiffs' and the putative class's claims fail, in whole or in part, because they have not suffered any actual injury or damage caused by Defendants' alleged conduct.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Waiver, Ratification, Acquiescence, Estoppel)**

Plaintiffs' and the putative class's claims are barred, in whole or in part, by the doctrines of waiver, ratification, acquiescence, and/or estoppel by reason of Plaintiffs' and putative class members' continued use of websites or online services after being provided notice of applicable disclosures regarding the potential use of cookies, pixels, and similar technologies.

**NINTH AFFIRMATIVE DEFENSE**

**(Class Action Improper)**

This suit may not properly be maintained as a class action because Plaintiffs have failed

to plead and cannot establish the necessary properly certifiable elements under Fed. R. Civ. P. 23. The deficiencies include, without limitation, that Plaintiffs are not an adequate class representatives, their claims are not typical of those of the class, and any common issues do not predominate. Instead, individualized issues predominate, the alleged putative class is not ascertainable, nor are its members identifiable, and a class action is not a superior means of adjudication. Plaintiffs will be unable to meet the burden of proving all of the elements required to certify a class.

**TENTH AFFIRMATIVE DEFENSE**

**(Statutory Exception Applies)**

Plaintiffs' and the putative class's claims are barred, in whole or in part, because an applicable law, statute, or regulation provides an exception from liability for Defendants. *See* 45 C.F.R. § 164.502 (authorizing disclosures of HIPAA-protected information to business associates).

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Punitive Damages)**

To the extent that Plaintiffs claim exemplary or punitive damages, such awards are prohibited under the Fifth, Eighth, and Fourteenth Amendments to the United States Constitution. Alternatively, to the extent that Plaintiffs claims exemplary or punitive damages, they fail to allege claims or injury sufficient to entitle them to such an award.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

Plaintiffs and putative class members have failed to mitigate their alleged injuries.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Conduct Reasonable, Justified)**

At all times, Defendants have acted reasonably and in good faith. Defendants' business conduct is justified, and their business practices do not offend public policy, are not unethical, and do not cause injury to users. Any use of cookies, pixels, and similar technologies was justified because any such use was undertaken pursuant to and in compliance with applicable laws and regulations, and the conduct alleged in the Complaint constitutes conduct otherwise permitted by law.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Superseding or Intervening Cause)**

Plaintiffs and putative class's claims are barred, precluded, and/or diminished, in whole or in part, by the doctrine of intervening and/or superseding causation because any alleged damages they claim were caused by third parties who were not employees or agents of Defendants or occurred on a webpage that is owned and operated by a third party, not Defendants.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Independent Third-Party Disclosure)**

Plaintiffs and putative class's claims are barred, in whole or in part, by agreements that they independently entered into with third parties and/or by their prior disclosure of information to third parties.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Comparative Fault)**

Persons or entities other than Defendants may have caused or contributed to the damages that Plaintiffs and the putative class members allegedly suffered, and therefore any award in favor of Plaintiffs or the putative class members must be reduced by an amount equal to the percentage of fault of others causing or contributing to the damages alleged.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Ordinary Course of Business)**

Plaintiffs' and putative class's claims are barred, in whole or in part, because any actions alleged in the Complaint were undertaken in the ordinary course of Defendants' lawful business and consistent with the Defendants' established course of dealing, course of performance, and/or industry custom and practice. Defendants' conduct was commercially reasonable, authorized, and justified.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants Cigna Corporate Services, LLC, and The Cigna Group pray for the following relief:

1. That judgment on the Complaint, and on each cause of action alleged in the Complaint, be entered in favor of Defendants;

2. That this Court finds that this suit cannot be maintained as a class action;

3. That this Court denies Plaintiffs or members of the purported class relief of any kind;

4. That Defendants be awarded their costs incurred, including reasonable attorneys' fees; and

5. For such other or further relief as this Court may deem just and proper.

Dated: February 18, 2026

Respectfully submitted,

By: */s/ Tiffany Cheung*

TIFFANY CHEUNG
(admitted pro hac vice)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Email: TCheung@mofo.com

KATHERINE E. DRISCOLL (328688)
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
KDriscoll@mofo.com

JOE NGUYEN (93638)
BRIDGET C. GIROUD (321289)
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street
Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8000
Email: JNguyen@stradley.com
Email: BGiroud@stradley.com

*Counsel for Defendants Cigna Corporate Services, LLC, and The Cigna Group*

**CERTIFICATE OF SERVICE**

I, Tiffany Cheung, hereby certify that on February 18, 2026, the foregoing document was filed electronically with the Clerk of the Court using the ECF system. This document is available for reviewing and downloading from the ECF system.

/s/ *Tiffany Cheung*

Tiffany Cheung