**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JERRY M. ADAIR, CARLA DANIELSON, KATHERINE J. EMRICK, PRESTON PHAM, and EVA D. RECCHIA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CIGNA CORPORATE SERVICES, LLC, and THE CIGNA GROUP,

Defendants.

Case No. 2:25-cv-02384

**PLAINTIFFS' AMENDED MOTION FOR APPOINTMENT OF A SPECIAL MASTER**

Judge: Hon. Wendy Beetlestone

Date Action Filed: May 9, 2025

For the reasons set forth in the accompanying brief, Plaintiffs respectfully submit this amended motion for the appointment of a special master.

Dated: February 27, 2026

Respectfully submitted,

/s/Andrew D. Schlichter
Nathan D. Stump (PA Bar No. 90169)
Jerome J. Schlichter (*pro hac vice*)
Andrew D. Schlichter (*pro hac vice*)
Alexander L. Braitberg (*pro hac vice*)
Chen Kasher (*pro hac vice*)
Scott A. Bumb (*pro hac vice*)
Schlichter Bogard LLC
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
(314) 621-5934 (fax)
nstump@uselaws.com
jschlichter@uselaws.com
aschlichter@uselaws.com
abraitberg@uselaws.com
ckasher@uselaws.com
sbumb@uselaws.com

Zoe E. Seaman-Grant
Schlichter Bogard LLC
33 North Dearborn Street, Suite 1170
Chicago, IL 60602
(630) 919-9301
zseamangrant@uselaws.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

s/ Andrew D. Schlichter
Andrew D. Schlichter