**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JERRY M. ADAIR, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**CIGNA CORPORATE SERVICES, LLC, and**<br>**THE CIGNA GROUP,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 25-2384** |

**ORDER**

**AND NOW**, this 27th day of March, 2026, in light of the parties' ongoing discovery dispute (ECF Nos. 99-100), **IT IS HEREBY ORDERED** that Defendants **SHALL** respond no later than April 3, 2026, to the document production and privilege issues raised in Plaintiffs' letter to the Court.

**BY THE COURT:**

_s/ Wendy Beetlestone_________________
**WENDY BEETLESTONE, C.J.**