**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JERRY M. ADAIR, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**CIGNA CORPORATE SERVICES, LLC, and**<br>**THE CIGNA GROUP,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 25-2384** |

**ORDER**

**AND NOW**, this 8th day of April, 2026, in light of Plaintiffs' Motion to Stay Discovery Deadlines (ECF No. 105), **IT IS HEREBY ORDERED** that Defendants **SHALL** provide any response in opposition by **April 10, 2026.**

**BY THE COURT:**

*S/* **WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**