**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JERRY M. ADAIR, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**CIGNA CORPORATE SERVICES, LLC, and**<br>**THE CIGNA GROUP,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 25-2384** |

**ORDER**

**AND NOW**, this 13th day of April, 2026, upon consideration of the Joint Stipulation Extending Time to Respond to Motion to Dismiss (ECF No. 107), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Plaintiffs **SHALL** file a response to Defendants' Motion to Dismiss (ECF No. 101) on or before **April 23, 2026**. Defendants **SHALL** file a reply, if any, on or before **May 11, 2026**.

**BY THE COURT:**

*S/* **WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**