## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY M. ADAIR, et al., <br>           **Plaintiffs,** <br><br>     **v.** <br><br> CIGNA CORPORATE SERVICES, LLC, <br> and <br> THE CIGNA GROUP, <br>           **Defendants.** | CIVIL ACTION <br><br><br><br> NO.  25-2384 |

### ORDER

**AND NOW**, this 27th day of July, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF Nos. 101, 118), and Plaintiffs' responses thereto (ECF Nos. 117, 121), **IT IS HEREBY ORDERED** that:

1. Pursuant to Rule 12(b)(6), the Motion is **GRANTED** with respect to Count III for Intrusion Upon Seclusion, which is **DISMISSED WITH PREJUDICE**.

2. The Motion is **DENIED** in all other respects.

BY THE COURT:

S/ WENDY BEETLESTONE

_____
WENDY BEETLESTONE, C.J.