**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JERRY M. ADAIR, CARLA DANIELSON, KATHERINE J. EMRICK, PRESTON PHAM, and EVA D. RECCHIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA CORPORATE SERVICES, LLC, and THE CIGNA GROUP,<br><br>Defendants. | Case No. 2:25-cv-02384-WB |

**DEFENDANTS CIGNA CORPORATE SERVICES, LLC'S AND THE CIGNA GROUP'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES**

Defendant Corporate Services, LLC and The Cigna Group ("Cigna" or "Defendants") hereby answer the Second Amended Class Action Complaint ("SAC"). Any and all allegations not specifically admitted herein are denied. To the extent the Complaint asserts conclusions of law, such conclusions of law require no response. To the extent any response is required to headings or other unnumbered paragraphs in the SAC, Defendants deny the factual allegations, if any, contained in such headings or unnumbered paragraphs.

**SECOND AMENDED CLASS ACTION COMPLAINT**

1. Defendants admit that Plaintiffs Jerry M. Adair, Katherine J. Emrick, Preston Pham, and Eva D. Recchia purport to bring a class action against Defendants. Defendants deny that a class can be certified in this case. Defendants further state that, pursuant to the Court's Order on Plaintiff Carla Danielson's Motion to Withdraw as Named Plaintiff (ECF No. 132), Ms. Danielson is no longer a party to this action. Accordingly, unless otherwise indicated, Defendants' use of the term "Plaintiffs" in this Answer refers only to Jerry M. Adair, Katherine

Emrick, Preston Pham, and Eva D. Recchia. Defendants further state that, pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 134), Plaintiffs' intrusion-upon-seclusion claim was dismissed, and therefore no response to the allegations concerning that claim is required. Except as otherwise stated, Defendants deny the allegations in paragraph 1 of the SAC.

2. Defendants deny the allegations in paragraph 2 of the SAC.

**NATURE OF THE CASE**

3. Defendants deny the allegations in paragraph 3 of the SAC.

4. Defendants deny the allegations in paragraph 4 of the SAC.

5. Defendants state that insofar as the allegations in paragraph 5 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 5 of the SAC.

6. Defendants deny the allegations in paragraph 6 of the SAC.

7. Defendants deny the allegations in paragraph 7 of the SAC.

8. Defendants deny the allegations in paragraph 8 of the SAC.

9. Defendants deny the allegations in paragraph 9 of the SAC.

10. Defendants deny the allegations in paragraph 10 of the SAC.

11. Defendants deny the allegations in paragraph 11 of the SAC.

12. Defendants deny the allegations in paragraph 12 of the SAC.

13. Defendants deny the allegations in paragraph 13 of the SAC.

14. Defendants deny the allegations in paragraph 14 of the SAC.

15. Defendants state that insofar as the allegations in paragraph 15 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

16. Defendants admit that The Cigna Group is a "covered entity" under HIPAA. Defendants state that insofar as the remaining allegations in paragraph 16 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

17. Defendants state that insofar as the allegations in paragraph 17 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

18. Defendants state that insofar as the allegations in paragraph 18 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

19. To the extent paragraph 19 references or purports to summarize, interpret, or quote any statement or any portion of a document or webpage created by Defendants, the document or webpage speaks for itself, and Defendants deny any characterization of the statement, webpage, or article that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 19 of the SAC.

20. To the extent paragraph 20 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00000025, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 20 of the SAC.

21. To the extent paragraph 21 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the webpage or article speaks for itself, and Defendants deny any characterization of the webpage or article that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 21 of the SAC.

22. Defendants state that insofar as the allegations in paragraph 22 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

23. Defendants deny the allegations in paragraph 23 of the SAC.

24. Defendants admit that Plaintiffs purport to bring a class action against Defendants. Defendants deny that class treatment is appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 24 of the SAC.

25. Defendants state that Plaintiffs allege that they seek civil remedies under the alleged causes of action. Defendants deny that Plaintiffs or any putative class members have suffered any injury or are entitled to any relief in this action and further deny that class treatment is appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 25 of the SAC.

## PARTIES

### A. Plaintiffs and Use of Website

26. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 of the SAC and therefore deny them.

27. Defendants state that, pursuant to the Court's Order on Plaintiff Carla Danielson's Motion to Withdraw as Named Plaintiff (ECF No. 132), Ms. Danielson is no longer a party to this action and therefore no response is required.

28. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 of the SAC and therefore deny them.

29. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 of the SAC and therefore deny them.

30. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 of the SAC and therefore deny them.

**B. Defendants Cigna and Cigna Corporate Services, LLC**

31. Defendants admit that Cigna Corporate Services is an indirect wholly owned subsidiary of The Cigna Group. Defendants further admit that Cigna Corporate Services is a Delaware corporation. Defendants state that insofar as the remaining allegations in paragraph 31 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 31 of the SAC.

32. Defendants admit the allegations in paragraph 32 of the SAC.

33. Defendants admit that Cigna Corporate Services is an indirect wholly owned subsidiary of The Cigna Group. Defendants deny that Cigna Corporate Services administers digital infrastructures and lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 33 of the SAC and therefore deny them.

34. Defendants state that www.cigna.com includes information regarding a range of health-related businesses, including health, dental, and vision businesses, on behalf of Cigna that is available to the public, including insureds of Cigna and the Plaintiffs. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 34 of the SAC.

35. To the extent paragraph 35 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the webpage or article speaks for itself, and Defendants deny any characterization of the webpage or article that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 35 of the SAC.

36. Defendants admit the allegations in paragraph 36 of the SAC.

37. Defendants state that insofar as the allegations in paragraph 37 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

38. Defendants state that insofar as the allegations in paragraph 38 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

**C. Cigna's Principal Liability for the Acts of its Agent, Cigna Corporate Services, LLC**

39. To the extent paragraph 39 references or purports to summarize, interpret, or quote any portion of an SEC report, the report speaks for itself, and Defendants deny any characterization of the report that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 39 of the SAC.

40. Defendants admit that Cigna Corporate Services, LLC, does not maintain a webpage describing its relation to The Cigna Group. To the extent paragraph 40 references or purports to characterize a LinkedIn page titled "Cigna Corporate Services LLC," Defendants deny any characterization of the page that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 40 and therefore deny them.

41. Defendants state that Cigna Corporate Services is an indirect wholly owned subsidiary of The Cigna Group. To the extent paragraph 41 references or purports to summarize, interpret, or quote any portion of an SEC report, the report speaks for itself, and Defendants deny any characterization of the report that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 41 of the SAC.

42. Defendants state that insofar as the allegations in paragraph 42 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

43. Defendants state that insofar as the allegations in paragraph 43 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

44. Defendants deny the allegations in paragraph 44 of the SAC.

45. Defendants state that The Cigna Group operates and maintains www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, and www.my.cigna.com. Except as otherwise stated, Defendants deny the allegations or lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 and therefore deny them.

46. Defendants state that insofar as the allegations in paragraph 46 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

47. Defendants state that insofar as the allegations in paragraph 47 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

**JURISDICTION**

48. Defendants state that insofar as the allegations in paragraph 48 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

49. Defendants admit that the foregoing language appears in the "Terms of Use for Cigna Healthcare" on www.cigna.com. To the extent the allegations in paragraph 49 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 and therefore deny them.

50. Defendants state that insofar as the allegations in paragraph 50 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

51. Defendants state that insofar as the allegations in paragraph 51 state conclusions of law, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 and therefore deny them.

52. Defendants state that insofar as the allegations in paragraph 52 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

53. Defendants state that insofar as the allegations in paragraph 53 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

54. Defendants state that insofar as the allegations in paragraph 54 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

55. Defendants state that insofar as the allegations in paragraph 55 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

56. Defendants state that insofar as the allegations in paragraph 56 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

57. Defendants state that insofar as the allegations in paragraph 57 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

58. To the extent paragraph 58 references or purports to summarize, interpret, or quote any portion of the Terms of Use for www.cigna.com, the Terms of Use speak for themselves, and Defendants deny any characterization of the Terms of Use that are inconsistent with their contents. Except as otherwise stated, Defendants deny the allegations in paragraph 58 of the SAC.

59. To the extent paragraph 59 references or purports to summarize, interpret, or quote any portion of the Terms of Use for www.cigna.com, the Terms of Use speak for themselves, and Defendants deny any characterization of the Terms of Use that are inconsistent with their contents. Except as otherwise stated, Defendants deny the allegations in paragraph 59 of the SAC.

## GOVERNING LAW

### A. The Terms of Use Establish That Pennsylvania Law Governs

60. Defendants admit that the foregoing language appears in the "Terms of Use for Cigna Healthcare" on www.cigna.com. To the extent the allegations in paragraph 60 relate to

any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60 and therefore deny them.

61. To the extent paragraph 61 references or purports to summarize, interpret, or quote any portion of the Terms of Use for www.cigna.com, the Terms of Use speak for themselves, and Defendants deny any characterization of the Terms of Use that are inconsistent with their contents. Except as otherwise stated, Defendants deny the allegations in paragraph 61 of the SAC.

62. To the extent paragraph 62 references or purports to summarize, interpret, or quote any portion of the Terms of Use for www.cigna.com, the Terms of Use speak for themselves, and Defendants deny any characterization of the Terms of Use that are inconsistent with their contents. Except as otherwise stated, Defendants deny the allegations in paragraph 62 of the SAC.

63. Defendants admit that the foregoing quoted language appears in the "Terms of Use for Cigna Healthcare" on www.cigna.com. To the extent the allegations in paragraph 63 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63 and therefore deny them.

64. To the extent paragraph 64 references or purports to summarize, interpret, or quote any portion of the Terms of Use for www.cigna.com, the Terms of Use speak for themselves, and Defendants deny any characterization of the Terms of Use that are inconsistent with their contents. To the extent the allegations in paragraph 64 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64 and therefore deny them.

65. To the extent paragraph 65 references or purports to summarize, interpret, or quote any portion of the Terms of Use for www.cigna.com, the Terms of Use speak for themselves, and Defendants deny any characterization of the Terms of Use that are inconsistent with their contents. Except as otherwise stated, Defendants deny the allegations in paragraph 65 of the SAC.

66. Defendants state that insofar as the allegations in paragraph 66 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

**B. The Federal Wiretap Act (FWA)**

67. Defendants state that insofar as the allegations in paragraph 67 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

68. Defendants state that insofar as the allegations in paragraph 68 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

69. Defendants state that insofar as the allegations in paragraph 69 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

70. Defendants state that insofar as the allegations in paragraph 70 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

71. Defendants state that insofar as the allegations in paragraph 71 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

72. Defendants state that insofar as the allegations in paragraph 72 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

73. To the extent paragraph 73 references or purports to summarize, quote, or interpret the Electronic Communications Privacy Act ("ECPA") and FWA, the statutes speak for themselves, and Defendants deny any characterization of the statutes that is inconsistent with their content.

74. Defendants state that insofar as the allegations in paragraph 74 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

75. Defendants state that insofar as the allegations in paragraph 75 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

### C. The Pennsylvania Wiretapping and Electronic Surveillance Control Act (WESCA)

76. Defendants state that insofar as the allegations in paragraph 76 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

77. Defendants state that insofar as the allegations in paragraph 77 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

78. Defendants state that insofar as the allegations in paragraph 78 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

79. Defendants state that insofar as the allegations in paragraph 79 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

80. Defendants state that insofar as the allegations in paragraph 80 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

81. Defendants state that insofar as the allegations in paragraph 81 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

82. Defendants state that insofar as the allegations in paragraph 82 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

83. To the extent paragraph 80 references or purports to summarize, quote, or interpret *Commonwealth v. Spangler*, 570 Pa. 226 (2022), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content.

Further, Defendants state that insofar as the allegations in paragraph 83 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

84. Defendants state that insofar as the allegations in paragraph 84 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

85. Defendants state that insofar as the allegations in paragraph 85 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

86. Defendants state that insofar as the allegations in paragraph 86 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

87. Defendants state that insofar as the allegations in paragraph 87 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

88. Defendants state that insofar as the allegations in paragraph 88 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

89. Defendants state that insofar as the allegations in paragraph 89 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

90. Defendants state that insofar as the allegations in paragraph 90 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

## FACTUAL ALLEGATIONS

### I. How Websites Can Use Code to Harvest Users' Private Information

#### A. Websites Can Be Used to Harvest Personal Data from Users

91. Defendants admit only that web browsers are software applications that may provide one of many methods for accessing the internet, viewing electronic information available on the internet, and exchanging information electronically. Except as otherwise stated, Defendants deny the allegations in paragraph 91 of the SAC.

92. Defendants admit only that computers, tablets, and smart phones may be used to access the internet, including through the use of web browsers. Except as otherwise stated, Defendants deny the allegations in paragraph 92 of the SAC.

93. Defendants admit only that websites may be hosted on one or multiple servers, which may store and deliver information from the website's servers to a browser. Except as otherwise stated, Defendants deny the allegations in paragraph 93 of the SAC.

94. Defendants admit only that an HTTP request is a message from software to a server requesting a resource. Except as otherwise stated, Defendants deny the allegation in paragraph 94 of the SAC.

95. Defendants admit only that an HTTP response is a message from a server that may occur in response to an HTTP request. Except as otherwise stated, Defendants deny the allegations in paragraph 95 of the SAC.

96. Defendants admit only that when a website is accessed, such access may involve HTTP requests and HTTP responses. Except as otherwise stated, Defendants deny the allegations in paragraph 96 of the SAC.

97. Defendants admit only that when a website is accessed, subject to individualized settings, preferences, and actions, a website may send small pieces of data to a device or browser, sometimes referred to as "cookies," and that those data may be stored on a device or browser. Except as otherwise stated, Defendants deny the allegations in paragraph 97 of the SAC.

98. Defendants admit only that subject to individualized settings, preferences, and actions, cookies may be stored on a user's browser. Except as otherwise stated, Defendants deny the allegations in paragraph 98 of the SAC.

99. Defendants admit only that cookies serve many functions, which may vary depending on individualized settings, preferences, and actions. One of these functions may be to apply preferred settings to return visits to certain websites under certain circumstances. Except as otherwise stated, Defendants deny the allegations in paragraph 99 of the SAC.

100. Defendants admit only that cookies serve many functions, which may vary depending on individualized settings, preferences, and actions. One of these functions may be to apply preferred settings to return visits to certain websites under certain circumstances. Except as otherwise stated, Defendants deny the allegations in paragraph 100 of the SAC.

101. Defendants state that insofar as the allegations in paragraph 101 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

102. Defendants admit that an HTTP request may be a message from software to a server requesting a resource. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 102 and therefore deny them.

103. Defendants admit that an HTTP response may be a message from a server that may occur in response to an HTTP request. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 103 and therefore deny them.

104. Defendants admit that an HTML markup may define the structure of a webpage and reference additional resources that the browser may use to render what the user sees. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 104 and therefore deny them.

105. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105 and therefore deny them.

106. Defendants deny the allegations in paragraph 106 of the SAC.

107. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 107 and therefore deny them.

108. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 108 and therefore deny them.

### B. Tracking Pixels and Session Replay Code Can Be Used to Extract Individuals' Private Information

109. Defendants state that to the extent paragraph 109 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Except as otherwise stated, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109 and therefore deny them.

110. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 110 and therefore deny them.

111. Defendants state that to the extent paragraph 111 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Except as otherwise stated, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 111 and therefore deny them.

112. Defendants state that to the extent paragraph 112 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article

webpage that is inconsistent with its contents. Except as otherwise stated, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 112 and therefore deny them.

113. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 113 and therefore deny them.

114. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 114 and therefore deny them.

115. Defendants deny the allegations in paragraph 115 of the SAC.

116. Defendants state that to the extent paragraph 116 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 116 and therefore deny them.

117. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 117 and therefore deny them.

118. Defendants state that to the extent paragraph 118 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Except as otherwise stated, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 118 and therefore deny them.

119. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 119 and therefore deny them.

120. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 120 and therefore deny them.

121. Defendants state that to the extent paragraph 121 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 121 and therefore deny them.

## II. Confidential Personal Heath Data Covertly Obtained from Websites Presents Serious Privacy Risks

122. Defendants state that to the extent paragraph 122 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 122 and therefore deny them.

123. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 123 and therefore deny them.

124. Defendants state that to the extent paragraph 124 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in paragraph 124 and therefore deny them.

125. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 125 and therefore deny them.

126. Defendants state that to the extent paragraph 126 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 126 and therefore deny them.

127. Defendants state that to the extent paragraph 127 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 127 and therefore deny them.

128. Defendants state that to the extent paragraph 128 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 128 and therefore deny them.

129. Defendants state that to the extent paragraph 129 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 129 and therefore deny them.

130. Defendants state that to the extent paragraph 130 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 130 and therefore deny them.

131. Defendants state that to the extent paragraph 131 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 131 and therefore deny them.

132. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 132 and therefore deny them.

133. Defendants state that to the extent paragraph 133 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article

webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 133 and therefore deny them.

## III. The Unauthorized Collection of Personal Health Data Contravenes Legal, Ethical, and Social Norms

### A. Website Users Reasonably Expect Personal Health Information to Be Confidential

134. Defendants state that to the extent paragraph 134 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 134 and therefore deny them.

135. Defendants state that to the extent paragraph 135 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 135 and therefore deny them.

136. Defendants state that to the extent paragraph 136 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 136 of the SAC.

137. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137 and therefore deny them.

138. Defendants state that to the extent paragraph 138 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 138 and therefore deny them.

139. Defendants state that to the extent paragraph 139 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 139 and therefore deny them.

140. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 140 and therefore deny them.

141. Defendants state that to the extent paragraph 141 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 141 and therefore deny them.

142. Defendants state that to the extent paragraph 142 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 142 and therefore deny them.

**B. Personal Heath Information Can Be Harvested for Commercial Gain**

143. Defendants state that to the extent paragraph 143 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 143 and therefore deny them.

144. Defendants state that to the extent paragraph 144 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 144 and therefore deny them.

145. Defendants state that to the extent paragraph 145 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in paragraph 145 and therefore deny them.

146. Defendants state that to the extent paragraph 146 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 146 and therefore deny them.

147. Defendants state that to the extent paragraph 147 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 147 and therefore deny them.

148. Defendants state that to the extent paragraph 148 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 148 and therefore deny them.

149. Defendants state that to the extent paragraph 149 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article

webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 149 and therefore deny them.

150. Defendants state that to the extent paragraph 150 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 150 and therefore deny them.

151. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 151 and therefore deny them.

152. Defendants state that to the extent paragraph 152 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 152 and therefore deny them.

153. Defendants state that to the extent paragraph 153 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 153 and therefore deny them.

154. Defendants state that to the extent paragraph 154 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the article or webpage speaks for itself, and Defendants deny any characterization of the webpage or article webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 154 and therefore deny them.

**C. Regulatory Authorities Prohibit the Unauthorized Collection and Tracking of Private Health Information**

155. Defendants admit The Cigna Group is a "covered entity" under HIPAA and is a health benefits provider. Except as otherwise stated, Defendants deny the allegations in paragraph 155 of the SAC.

156. Defendants state that insofar as the allegations in paragraph 156 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

157. Defendants state that to the extent paragraph 157 references or purports to summarize, interpret, or quote any portion of a U.S. Department of Health and Human Services ("HHS") bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants state that insofar as the allegations in paragraph 157 state conclusions of law, no response is required. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 157 of the SAC and therefore deny them.

158. Defendants state that to the extent paragraph 158 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants state that insofar as the allegations in paragraph 158 state conclusions of law, no response is required.

Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 158 of the SAC and therefore deny them.

159. Defendants state that to the extent paragraph 159 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants state that insofar as the allegations in paragraph 159 state conclusions of law, no response is required. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 159 of the SAC and therefore deny them.

160. Defendants state that to the extent paragraph 160 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 160 of the SAC. Defendants state that insofar as the allegations in paragraph 160 state conclusions of law, no response is required. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 160 of the SAC and therefore deny them.

161. Defendants state that insofar as the allegations in paragraph 161 state conclusions of law, no response is required. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 161 of the SAC and therefore deny them.

162. Defendants state that to the extent paragraph 162 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants state that insofar as the allegations in paragraph 162 state conclusions of law, no response is required.

Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 162 of the SAC and therefore deny them.

163. Defendants state that insofar as the allegations in paragraph 163 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

164. Defendants state that to the extent paragraph 164 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 164 of the SAC and therefore deny them.

165. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 165 and therefore deny them.

166. Defendants state that to the extent paragraph 166 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 166 of the SAC and therefore deny them.

167. Defendants state that to the extent paragraph 167 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants deny any characterization of the bulletin that is inconsistent with its contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 167 of the SAC and therefore deny them.

168. Defendants state that to the extent paragraph 168 references or purports to summarize, interpret, or quote an HHS bulletin, the bulletin speaks for itself, and Defendants

deny any characterization of the bulletin that is inconsistent with its contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 168 of the SAC and therefore deny them.

169. Defendants state that to the extent paragraph 169 references or purports to summarize, interpret, or quote a July 23, 2023, joint letter from the Federal Trade Commission ("FTC") and HHS Office for Civil Rights, the joint letter speaks for itself, and Defendants deny any characterization of the letter that is inconsistent with the letter's contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 169 of the SAC and therefore deny them.

170. Defendants state that to the extent paragraph 170 references or purports to summarize, interpret, or quote a July 23, 2023, joint letter from the FTC and HHS Office for Civil Rights, the joint letter speaks for itself, and Defendants deny any characterization of the letter that is inconsistent with the letter's contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 170 of the SAC and therefore deny them.

171. Defendants state that insofar as the allegations in paragraph 171 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

172. Defendants state that to the extent paragraph 172 references or purports to summarize, interpret, or quote the American Medical Association ("AMA")'s *Code of Medical Ethics*, the rules speak for themselves, and Defendants deny any characterization of the rules that are inconsistent with their contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 172 of the SAC and therefore deny them.

173. Defendants state that to the extent paragraph 173 references or purports to summarize, interpret, or quote the AMA's *Code of Medical Ethics*, the rules speak for themselves, and Defendants deny any characterization of the rules that are inconsistent with its contents. Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 173 of the SAC and therefore deny them.

## IV. Defendants Covertly Intercepted Plaintiffs' Sensitive Health Information for Commercial Profit

### A. Defendants Covertly Wiretap Website Communications

174. Defendants state that insofar as the allegations in paragraph 174 state conclusions of law, no response is required. Defendants deny the remaining allegations in paragraph 174.

175. Defendants deny the allegations in paragraph 175 of the SAC.

176. Defendants state that to the extent paragraph 176 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 176 of the SAC.

177. To the extent paragraph 177 refers to Cigna's use of Adobe technology, Defendants state that any such use was subject to contractual provisions and technological limitations in a manner consistent with HIPAA. Except as otherwise stated, Defendants deny the allegations in paragraph 177 of the SAC.

178. Defendants deny the allegations in paragraph 178 of the SAC.

179. Defendants deny the allegations in paragraph 179 of the SAC.

### B. Defendants Enable The Trade Desk's Tracking Technology on Defendants' Website

180. Defendants deny the allegations in paragraph 180 of the SAC.

181. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 181 and therefore deny them.

182. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 182 and therefore deny them.

183. Defendants state that to the extent paragraph 183 references or purports to summarize, interpret, or quote any portion of two articles or webpages, those materials speak for themselves, and Defendants deny any characterization of the materials that is inconsistent with their contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 183 and therefore deny them.

184. Defendants state that to the extent paragraph 184 references or purports to summarize, interpret, or quote any portion of an article and webpage, those materials speak for themselves, and Defendants deny any characterization of the materials that is inconsistent with their contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 184 and therefore deny them.

185. Defendants deny the allegations in paragraph 185 of the SAC.

186. Defendants deny the allegations in paragraph 186 of the SAC.

187. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 187 of the SAC. To the extent the allegations in paragraph 187 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 187 and therefore deny them.

188. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 188 of the SAC. To the extent the allegations in paragraph 188 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 188 and therefore deny them.

189. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 189 of the SAC. To the extent the allegations in paragraph 189 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 189 and therefore deny them.

### C. Defendants' Enabling of LiveRamp's Tracking Technology on Defendants' Website

190. Defendants deny the allegations in paragraph 190 of the SAC.

191. Defendants state that to the extent paragraph 191 references or purports to summarize, interpret, or quote any portion of an article and webpage, those materials speak for themselves, and Defendants deny any characterization of the materials that is inconsistent with their contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 191 and therefore deny them.

192. Defendants state that to the extent paragraph 192 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents.

Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 192 and therefore deny them.

193. Defendants state that to the extent paragraph 193 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 193 and therefore deny them.

194. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 194 and therefore deny them.

195. Defendants state that to the extent paragraph 195 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00001059, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. To the extent paragraph 195 references or purports to summarize, interpret, or quote any LiveRamp marketing materials, Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 195 and therefore deny them.

196. To the extent paragraph 196 references or purports to summarize, interpret, or quote any LiveRamp marketing materials, the documents speak for themselves, and Defendants deny any characterization of the documents that is inconsistent with their contents. To the extent paragraph 196 references or purports to summarize, interpret, or quote any LiveRamp marketing materials, Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

197. To the extent paragraph 197 references or purports to summarize, interpret, or quote any LiveRamp marketing materials, the documents speak for themselves, and Defendants deny any characterization of the documents that is inconsistent with their contents. To the extent paragraph 197 references or purports to summarize, interpret, or quote any LiveRamp materials, Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

198. Defendants state that to the extent paragraph 198 references or purports to summarize, interpret, or quote any portion of a CIG_ADAIR00001003, the document speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. To the extent paragraph 198 references or purports to summarize, interpret, or quote any LiveRamp materials, Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 198 and therefore deny them.

199. Defendants state that to the extent paragraph 199 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00001003, the document speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. To the extent paragraph 199 references or purports to summarize, interpret, or quote any LiveRamp materials, Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 199 and therefore deny them.

200. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 200 and therefore deny them.

201. Defendants admit that they use technology provided by LiveRamp on www.cigna.com, www.cigna.com/knowledge-center, and www.plans.cigna.com. To the extent the allegations in paragraph 201 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 201 and therefore deny them. Defendants deny the remaining allegations in paragraph 201 of the SAC.

202. Defendants deny the allegations in paragraph 202 of the SAC.

203. Defendants state that to the extent paragraph 203 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00001056, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. To the extent paragraph 203 references or purports to summarize, interpret, or quote any LiveRamp materials, Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 203 and therefore deny them.

204. Defendants state that to the extent paragraph 204 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00001056, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. To the extent paragraph 204 references or purports to summarize, interpret, or quote any LiveRamp materials, Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. Defendants lack knowledge or

information sufficient to form a belief as to the truth of the allegations in paragraph 204 and therefore deny them.

205. To the extent paragraph 205 references or purports to summarize, interpret, or quote any LiveRamp marketing materials, the documents speak for themselves, and Defendants deny any characterization of the documents that is inconsistent with their contents. To the extent paragraph 205 references or purports to describe a third party's conduct, Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

206. Defendants state that to the extent paragraph 206 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00000958, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 206 of the SAC.

207. Defendants state that to the extent paragraph 207 references or purports to summarize, interpret, or quote any portion of a CIG_ADAIR00000958, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 207 of the SAC.

208. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 208 of the SAC. To the extent the allegations in paragraph 208 relate to any other unspecified website, Defendants lack

knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 208 and therefore deny them.

209. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 209 of the SAC. To the extent the allegations in paragraph 209 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 209 and therefore deny them.

210. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 210 of the SAC. To the extent the allegations in paragraph 210 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 210 and therefore deny them.

211. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 211 of the SAC. To the extent the allegations in paragraph 211 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 211 and therefore deny them.

### D. Defendants' Enabling of Demandbase's Tracking Technology on Defendants' Website

212. Defendants deny the allegations in paragraph 212 of the SAC.

213. Defendants state that to the extent paragraph 213 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 213 and therefore deny them.

214. Defendants state that to the extent paragraph 214 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 214 and therefore deny them.

215. Defendants state that to the extent paragraph 215 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 215 and therefore deny them.

216. Defendants admit that they use technology provided by Demandbase on www.cigna.com, www.cigna.com/knowledge-center, and www.plans.cigna.com. To the extent the allegations in paragraph 216 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 216 and therefore deny them.

217. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 217 and therefore deny them.

218. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 218 of the SAC. To the extent the allegations in paragraph 218 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 218 and therefore deny them.

219. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 219 of the SAC. To the extent the allegations in paragraph 219 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 219 and therefore deny them.

220. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 220 of the SAC. To the extent the allegations in paragraph 220 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 220 and therefore deny them.

221. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 221 of the SAC. To the extent the allegations in paragraph 221 relate to any other unspecified website, Defendants lack

knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 221 and therefore deny them.

222. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 222 of the SAC. To the extent the allegations in paragraph 222 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 222 and therefore deny them.

223. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 223 of the SAC. To the extent the allegations in paragraph 223 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 223 and therefore deny them.

### E. Defendants' Enabling of MediaMath's Tracking Technology on Defendants' Website

224. Defendants deny the allegations in paragraph 224 of the SAC.

225. Defendants state that to the extent paragraph 225 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 225 and therefore deny them.

226. Defendants state that to the extent paragraph 226 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and

Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 226 and therefore deny them.

227. Defendants deny the allegations in paragraph 227 of the SAC.

228. Defendants deny the allegations in paragraph 228 of the SAC.

229. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 229 of the SAC. To the extent the allegations in paragraph 229 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 229 and therefore deny them.

230. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 230 of the SAC. To the extent the allegations in paragraph 230 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 230 and therefore deny them.

231. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 231 of the SAC. To the extent the allegations in paragraph 231 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 231 and therefore deny them.

### F. Defendants' Enabling of Pinterest's Tracking Technology on Defendants' Website

232. Defendants deny the allegations in paragraph 232 of the SAC.

233. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 233 and therefore deny them.

234. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 234 and therefore deny them.

235. Defendants state that to the extent paragraph 235 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 235 and therefore deny them.

236. Defendants deny the allegations in paragraph 236 of the SAC.

237. Defendants deny the allegations in paragraph 237 of the SAC.

238. Defendants deny the allegations in paragraph 238 of the SAC.

239. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 239 of the SAC. To the extent the allegations in paragraph 239 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 239 and therefore deny them.

240. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 240 of the SAC. To the extent

the allegations in paragraph 240 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 240 and therefore deny them.

241. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 241 of the SAC. To the extent the allegations in paragraph 241 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 241 and therefore deny them.

242. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 242 of the SAC. To the extent the allegations in paragraph 242 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 242 and therefore deny them.

243. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 243 of the SAC. To the extent the allegations in paragraph 243 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 243 and therefore deny them.

### G. Defendants’ Enabling of Snapchat’s Tracking Technology on Defendants’ Website

244. Defendants deny the allegations in paragraph 244 of the SAC.

245. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 245 and therefore deny them.

246. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 246 and therefore deny them.

247. Defendants state that to the extent paragraph 247 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 247 and therefore deny them.

248. Defendants state that to the extent paragraph 248 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 248 and therefore deny them.

249. Defendants state that to the extent paragraph 249 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 249 and therefore deny them.

250. Defendants state that to the extent paragraph 250 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents.

Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 250 and therefore deny them.

251. Defendants state that to the extent paragraph 251 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 251 and therefore deny them.

252. Defendants deny the allegations in paragraph 252 of the SAC.

253. Defendants deny the allegations in paragraph 253 of the SAC.

254. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 254 of the SAC. To the extent the allegations in paragraph 254 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 254 and therefore deny them.

255. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 255 of the SAC. To the extent the allegations in paragraph 255 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 255 and therefore deny them.

256. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or

www.my.cigna.com, Defendants deny the allegations in paragraph 256 of the SAC. To the extent the allegations in paragraph 256 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 256 and therefore deny them.

257. Defendants state that to the extent paragraph 257 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 257 and therefore deny them.

258. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 258 of the SAC. To the extent the allegations in paragraph 258 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 258 and therefore deny them.

259. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 259 of the SAC. To the extent the allegations in paragraph 259 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 259 and therefore deny them.

### H. Defendants' Enabling of Meta's Tracking Technology on Defendants' Website

260. Defendants deny the allegations in paragraph 260 of the SAC.

261. Defendants state that to the extent paragraph 261 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 261 and therefore deny them.

262. Defendants state that to the extent paragraph 262 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 262 and therefore deny them.

263. Defendants state that to the extent paragraph 263 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 263 and therefore deny them.

264. Defendants state that to the extent paragraph 264 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 264 and therefore deny them.

265. Defendants state that to the extent paragraph 265 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents.

Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 265 and therefore deny them.

266. Defendants state that to the extent paragraph 266 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 266 and therefore deny them.

267. Defendants state that to the extent paragraph 267 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 267 and therefore deny them.

268. Defendants admit that they use technology provided by Meta www.cigna.com. To the extent the allegations in paragraph 268 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 268 and therefore deny them. Defendants deny the remaining allegations in paragraph 268 of the SAC.

269. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 269 of the SAC. To the extent the allegations in paragraph 269 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 269 and therefore deny them.

270. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 270 of the SAC. To the extent the allegations in paragraph 270 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 270 and therefore deny them.

271. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 271 of the SAC. To the extent the allegations in paragraph 271 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 271 and therefore deny them.

272. To the extent paragraph 272 references or purports to summarize, interpret, or quote any of Meta's materials, the documents speak for themselves, and Defendants deny any characterization of the documents that is inconsistent with their contents. To the extent paragraph 272 references or purports to summarize, interpret, or quote a third party's document, Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

273. Defendants deny the allegations in paragraph 273 of the SAC.

274. Defendants state that to the extent paragraph 274 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00001531, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. To the extent paragraph 274 references or purports to summarize, interpret, or quote a

third party's document, Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. Except as otherwise stated, Defendants deny the allegations in paragraph 274 of the SAC.

275. Defendants state that to the extent paragraph 275 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00001531, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 275 of the SAC.

276. Defendants deny the allegations in paragraph 276 of the SAC.

277. Defendants state that insofar as the allegations in paragraph 277 state conclusions of law, no response is required. Defendants deny the remaining allegations in paragraph 277 of the SAC.

**I. Defendants' Extensive Use of Google Tracking Across the Website**

278. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 278 of the SAC. To the extent the allegations in paragraph 278 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 278 and therefore deny them.

279. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 279 of the SAC. To the extent the allegations in paragraph 279 relate to any other unspecified website, Defendants lack

knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 279 and therefore deny them.

280. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 280 of the SAC. To the extent the allegations in paragraph 280 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 280 and therefore deny them.

281. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 281 of the SAC. To the extent the allegations in paragraph 281 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 281 and therefore deny them.

282. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 282 of the SAC. To the extent the allegations in paragraph 282 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 282 and therefore deny them.

283. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 283 of the SAC. To the extent

the allegations in paragraph 283 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 283 and therefore deny them.

284. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 284 of the SAC. To the extent the allegations in paragraph 284 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 284 and therefore deny them.

285. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or www.my.cigna.com, Defendants deny the allegations in paragraph 285 of the SAC. To the extent the allegations in paragraph 285 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 285 and therefore deny them.

**J. Defendants' Enabling of Adobe's Tracking Technology on Defendants' Purportedly "Secure" Medical and Dental Portals**

286. Defendants state that technology provided by Adobe is utilized within the myCigna portal subject to contractual provisions and technological limitations in a manner consistent with HIPAA. Except as otherwise stated, Defendants deny the allegations in paragraph 286 of the SAC.

287. Defendants deny the allegations in paragraph 287 of the SAC.

288. Defendants state that insofar as the allegations in paragraph 288 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 288 of the SAC.

289. Defendants state that to the extent paragraph 289 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 289 of the SAC.

290. Defendants state that to the extent paragraph 290 references or purports to summarize, interpret, or quote any portion of a Transport Layer Security certificate, the certificate speaks for itself, and Defendants deny any characterization of the certificate that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 290 and therefore deny them.

291. Defendants deny the allegations in paragraph 291 of the SAC.

292. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 292 and therefore deny them.

293. Defendants deny the allegations in paragraph 293 of the SAC.

294. Defendants state that to the extent paragraph 294 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 294 and therefore deny them.

295. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 295 and therefore deny them.

296. To the extent paragraph 296 refers to Cigna's use of Adobe technology, Defendants state that any such use was subject to contractual provisions and technological limitations in a manner consistent with HIPAA. Defendants further state that, insofar as the allegations in paragraph 296 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Except as otherwise stated, Defendants deny the allegations in paragraph 296 of the SAC.

297. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 297 and therefore deny them.

298. Defendants deny the allegations in paragraph 298 of the SAC.

299. To the extent paragraph 299 refers to Cigna's use of Adobe technology, Defendants state that any such use was subject to contractual provisions and technological limitations consistent with HIPAA. Except as otherwise stated, Defendants deny the allegations in paragraph 299 of the SAC.

300. Defendants deny the allegations in paragraph 300 of the SAC.

301. To the extent paragraph 301 references or purports to summarize, interpret, or quote any Adobe materials, the documents speak for themselves, and Defendants deny any characterization of the documents that is inconsistent with their contents. Except as otherwise stated, Defendants deny the allegations in paragraph 301 of the SAC.

302. To the extent paragraph 302 references or purports to summarize, interpret, or quote any Adobe materials, the documents speak for themselves, and Defendants deny any characterization of the documents that is inconsistent with their contents. Except as otherwise stated, Defendants deny the allegations in paragraph 302 of the SAC.

303. To the extent paragraph 303 references or purports to summarize, interpret, or quote any Adobe materials, the documents speak for themselves, and Defendants deny any characterization of the documents that is inconsistent with their contents. Except as otherwise stated, Defendants deny the allegations in paragraph 303 of the SAC.

304. Defendants state that to the extent paragraph 304 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00000335, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. To the extent paragraph 304 references or purports to summarize, interpret, or quote any Adobe marketing materials, Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

305. Defendants state that to the extent paragraph 305 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00001543, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. To the extent paragraph 305 references or purports to summarize, interpret, or quote any Adobe marketing materials, Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

306. Defendants state that to the extent paragraph 306 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00001542, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. To the extent paragraph 306 references or purports to summarize, interpret, or quote any Adobe marketing materials, Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

307. Defendants deny the allegations in paragraph 307 of the SAC.

308. Defendants state that to the extent paragraph 308 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00000260, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 308 of the SAC.

### K. Plaintiffs Conducted Searches Related to Their Medical Conditions, Diagnoses, or Payment for Healthcare Services

309. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 309 and therefore deny them.

310. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 310 and therefore deny them.

311. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 311 and therefore deny them.

312. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 312 and therefore deny them.

313. Defendants state that, pursuant to the Court's Order on Plaintiff Carla Danielson's Motion to Withdraw as Named Plaintiff (ECF No. 132), Ms. Danielson is no longer a party to this action and therefore no response is required.

314. Defendants state that insofar as the allegations in paragraph 314 state conclusions of law, no response is required. Further, Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 314 and therefore deny them.

315. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 315 regarding Plaintiffs' use of Defendants' medical or

dental portals and therefore deny them. Defendants further deny that Plaintiffs' searches and interactions were intercepted and disclosed, if at all, to third parties without consent. Finally, Defendants deny all remaining allegations in paragraph 315, including that Plaintiffs or any putative class members have suffered any injury or are entitled to any relief in this action, and further deny that class treatment is appropriate.

316. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 316 and therefore deny them.

317. Defendants state that to the extent paragraph 317 references or purports to summarize, interpret, or quote any portion of a document, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 317 and therefore deny them.

318. Defendants state that to the extent paragraph 318 references or purports to summarize, interpret, or quote any portion of a webpage or article webpage, the webpage or article speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Further, Defendants state that insofar as the allegations in paragraph 318 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Except as otherwise stated, Defendants deny the allegations in paragraph 318 of the SAC.

## V. Plaintiffs Did Not Consent to Defendants' Interception, Harvesting, and Collection of Their Personal Heath Data

### A. Defendants Do Not Obtain Consent Prior to Surreptitiously Harvesting the Private Heath Data of Website Users

319. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 319 and therefore deny them.

320. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 320 and therefore deny them.

321. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 321 and therefore deny them.

322. Defendants admit only that, on post-authentication webpages, they collect and maintain certain personal health information in connection with providing services, adjudicating claims, and managing care, consistent with their applicable Terms of Use and Privacy Policy. Defendants deny the remaining allegations in paragraph 322 of the SAC.

323. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 323 and therefore deny them.

324. Defendants state that to the extent paragraph 324 references or purports to summarize, interpret, or quote any portion of a document, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 324 and therefore deny them.

325. Defendants state that to the extent paragraph 325 references or purports to summarize, interpret, or quote any portion of a document, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 325 and therefore deny them.

326. Defendants state that to the extent paragraph 326 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and

Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 326 of the SAC.

327. Defendants state that to the extent paragraph 327 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 327 of the SAC.

328. Defendants admit the foregoing language appears on the "Legal and Privacy Information" page on www.cigna.com. To the extent paragraph 328 references or purports to summarize, interpret, or quote any portion of this webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents.

329. Defendants state that to the extent paragraph 329 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents.

330. Defendants state that to the extent paragraph 330 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 330 and therefore deny them. Except as otherwise stated, Defendants deny the allegations in paragraph 330 of the SAC.

331. Defendants state that to the extent paragraph 331 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents.

Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 331 and therefore deny them.

332. Defendants state that, pursuant to the Court's Order on Plaintiff Carla Danielson's Motion to Withdraw as Named Plaintiff (ECF No. 132), Ms. Danielson is no longer a party to this action and therefore no response is required.

333. Defendants state that to the extent paragraph 333 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 333 and therefore deny them. Except as otherwise stated, Defendants deny the allegations in paragraph 333 of the SAC.

334. Defendants state that to the extent paragraph 334 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 334 and therefore deny them. Except as otherwise stated, Defendants deny the allegations in paragraph 334 of the SAC.

335. Defendants state that to the extent paragraph 335 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 335 of the SAC.

336. Defendants state that insofar as the allegations in paragraph 336 state conclusions of law, no response is required. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 336 and therefore deny them.

**B. Unlawful Interception of Plaintiffs' Website Communications**

337. Defendants deny the allegations in paragraph 337 of the SAC.

338. Defendants deny the allegations in paragraph 338 of the SAC.

339. Defendants deny the allegations in paragraph 339 of the SAC.

340. Defendants deny the allegations in paragraph 340 of the SAC.

341. Defendants deny the allegations in paragraph 341 of the SAC.

342. Defendants deny the allegations in paragraph 342 of the SAC.

343. Defendants state that insofar as the allegations in paragraph 343 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

344. Defendants state that to the extent paragraph 344 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 344 of the SAC.

345. Defendants state that to the extent paragraph 345 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents.

346. Defendants state that to the extent paragraph 346 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 346 of the SAC.

347. Defendants state that to the extent paragraph 347 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 347 of the SAC.

1. Consent Did Not Extend to Interception of Website Communications

348. Defendants state that insofar as the allegations in paragraph 348 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

349. Defendants state that insofar as the allegations in paragraph 349 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

350. Defendants state that to the extent paragraph 350 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 350 of the SAC.

351. Defendants state that to the extent paragraph 351 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 351 of the SAC.

352. Defendants state that insofar as the allegations in paragraph 352 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

2. Consent Did Not Extend to Third-Party Acquisition of Website Communications

353. Defendants state that to the extent paragraph 353 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 353 of the SAC.

354. Defendants state that to the extent paragraph 354 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 354 of the SAC.

355. Defendants admit that the HIPAA Notice states in part, "Most uses and disclosures of psychotherapy notes (where appropriate), uses and disclosures for marketing purposes and disclosures that constitute a sale of PHI require an authorization." Defendants state that to the extent paragraph 355 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 355 of the SAC.

356. Defendants state that insofar as the allegations in paragraph 356 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

357. To the extent paragraph 357 references Defendants' use of website analytic and enhancement technologies, such as cookies and pixels, Defendants deny the allegations. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 357 of the SAC.

358. Defendants admit that the Privacy Notice states in part, "We use third-party tools, such as Google Analytics, which are operated by third-party companies, to evaluate usage of our

Services. These third-party analytics companies use cookies, pixels, and other tracking technologies to collect usage data about our Services to provide us with reports and metrics that help us evaluate usage of our Services, improve our Services, and enhance performance and user experiences." Defendants state that to the extent paragraph 358 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00000036, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 358 of the SAC.

359. Defendants state that to the extent paragraph 359 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00000036, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 359 of the SAC.

360. Defendants state that to the extent paragraph 360 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 360 of the SAC.

361. Defendants state that to the extent paragraph 361 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00000028, or a webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 361 of the SAC.

3. Consent Did Not Extend to Marketing Segmentation

362. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 362 and therefore deny them.

363. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 363 and therefore deny them.

364. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 364 and therefore deny them.

365. Defendants state that to the extent paragraph 365 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 365 of the SAC.

366. Defendants state that to the extent paragraph 366 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 366 of the SAC.

367. Defendants state that to the extent paragraph 367 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00000031, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 367 of the SAC.

368. Defendants state that to the extent paragraph 368 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage

speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 368 of the SAC.

369. Defendants state that to the extent paragraph 369 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00000036, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 369 of the SAC.

4. Consent Did Not Extend to Retargeting

370. Defendants deny the allegations in paragraph 370 of the SAC.

371. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 371 and therefore deny them.

372. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 372 and therefore deny them.

373. Defendants state that to the extent paragraph 373 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 373 of the SAC.

374. Defendants state that to the extent paragraph 374 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 374 of the SAC.

375. Defendants state that to the extent paragraph 375 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00000031, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 375 of the SAC.

376. Defendants deny the allegations in paragraph 376 of the SAC.

377. Defendants state that to the extent paragraph 377 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00000031, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Defendants state that insofar as the allegations in paragraph 377 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Except as otherwise stated, Defendants deny the allegations in paragraph 377 of the SAC.

5. Consent Did Not Extend to Advertising Auctions

378. Defendants deny the allegations in paragraph 378, or lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 378 and therefore deny them.

379. Defendants deny the allegations in paragraph 379, or lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 379 and therefore deny them.

380. Defendants deny the allegations in paragraph 380, or lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 380 and therefore deny them.

381. To the extent the allegations relate to www.cigna.com, www.cigna.com/knowledge-center, www.plans.cigna.com, www.smetrics.cigna.com, or

www.my.cigna.com, Defendants deny the allegations in paragraph 381 of the SAC. To the extent the allegations in paragraph 381 relate to any other unspecified website, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 381 and therefore deny them. Except as otherwise stated, Defendants deny the allegations in paragraph 381 of the SAC.

382. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 382 and therefore deny them.

383. Defendants state that to the extent paragraph 383 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 383 of the SAC.

384. Defendants state that to the extent paragraph 384 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 384 of the SAC.

385. Defendants deny the allegations in paragraph 385 of the SAC.

6. Consent Did Not Extend to Cross-Platform Profiling

386. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 386 and therefore deny them.

387. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 387 and therefore deny them.

388. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 388 and therefore deny them.

389. Defendants state that to the extent paragraph 389 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 389 of the SAC.

390. Defendants state that to the extent paragraph 390 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00001296, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 390 of the SAC.

391. Defendants state that to the extent paragraph 391 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00001296, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 391 of the SAC.

392. Defendants state that to the extent paragraph 392 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 392 of the SAC.

393. Defendants state that to the extent paragraph 393 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 393 of the SAC.

394. Defendants deny the allegations in paragraph 394 of the SAC.

395. Defendants state that to the extent paragraph 395 references or purports to summarize, interpret, or quote any portion of CIG_ADAIR00000879, the document speaks for itself, and Defendants deny any characterization of the document that is inconsistent with its contents. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 395 of the SAC.

7. Consent Did Not Extend to Identifiers

396. Defendants state that to the extent paragraph 396 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 396 of the SAC.

397. Defendants state that to the extent paragraph 397 references or purports to summarize, interpret, or quote any portion of a document, the documents speak for themselves, and Defendants deny any characterization of the documents that is inconsistent with their contents. To the extent paragraph 397 references or purports to summarize, interpret, or quote any LiveRamp diagrams, Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. Except as otherwise stated, Defendants deny the allegations in paragraph 397 of the SAC.

398. Defendants state that to the extent paragraph 398 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 398 of the SAC.

399. Defendants state that to the extent paragraph 399 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 399 of the SAC.

400. Defendants deny the allegations in paragraph 400 of the SAC.

401. Defendants state that to the extent paragraph 401 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 401 of the SAC.

402. Defendants state that to the extent paragraph 402 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 402 of the SAC.

403. Defendants state that to the extent paragraph 403 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage

speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Defendants state that insofar as the allegations in paragraph 403 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the remaining allegations in paragraph 403 of the SAC.

8. Disclosures are Inadequate to Describe Tracking Mechanisms

404. Defendants state that to the extent paragraph 404 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 404 of the SAC.

405. Defendants state that to the extent paragraph 405 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 405 of the SAC.

406. Defendants state that to the extent paragraph 406 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 406 of the SAC.

407. Defendants state that to the extent paragraph 407 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 407 of the SAC.

408. Defendants state that to the extent paragraph 408 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and

Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 408 of the SAC.

409. Defendants state that to the extent paragraph 409 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 409 of the SAC.

410. Defendants deny the allegations in paragraph 410 of the SAC.

411. Defendants state that to the extent paragraph 411 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 411 of the SAC.

412. Defendants state that to the extent paragraph 412 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 412 of the SAC.

413. Defendants state that to the extent paragraph 413 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 413 of the SAC.

414. Defendants state that to the extent paragraph 414 references or purports to summarize, interpret, or quote any portion of a document or webpage, the document or webpage speaks for itself, and Defendants deny any characterization of the document or webpage that is

inconsistent with its contents. Except as otherwise stated, Defendants deny the allegations in paragraph 414 of the SAC.

415. Defendants deny the allegations in paragraph 415 of the SAC.

416. Defendants deny the allegations in paragraph 416 of the SAC.

417. Defendants deny the allegations in paragraph 417 of the SAC.

418. Defendants state that insofar as the allegations in paragraph 418 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

419. Defendants state that to the extent paragraph 419 references or purports to summarize, interpret, or quote any portion of a webpage, the webpage speaks for itself, and Defendants deny any characterization of the webpage that is inconsistent with its contents. Defendants further state that insofar as the allegations in paragraph 419 state conclusions of law, no response is required, and Defendants deny the allegations on that basis. Defendants deny the remaining allegations in paragraph 419 of the SAC.

420. Defendants state that insofar as the allegations in paragraph 420 state conclusions of law, no response is required. Defendants deny the remaining allegations in paragraph 420 of the SAC.

**C. Defendants' Conduct Violates HIPAA's Privacy Rules and Voids Any Consent Under the FWA**

421. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 421 and therefore deny them.

422. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 422 and therefore deny them. Defendants further state that insofar as the allegations in paragraph 422 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

423. Defendants state that insofar as the allegations in paragraph 423 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

424. Defendants state that insofar as the allegations in paragraph 424 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

425. Defendants state that insofar as the allegations in paragraph 425 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

426. Defendants deny the allegations in paragraph 426 of the SAC.

427. Defendants deny the allegations in paragraph 427 of the SAC.

428. Defendants deny the allegations in paragraph 428 of the SAC.

429. Defendants state that insofar as the allegations in paragraph 429 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 429 of the SAC.

430. Defendants state that insofar as the allegations in paragraph 430 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 430 of the SAC.

431. Defendants state that insofar as the allegations in paragraph 431 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 431 of the SAC.

432. Defendants state that insofar as the allegations in paragraph 432 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 432 of the SAC.

433. Defendants deny the allegations in paragraph 433 of the SAC.

**D. Tolling of the Statutes of Limitation**

434. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 434 and therefore deny them.

435. Defendants deny the allegations in paragraph 435 of the SAC.

436. Defendants deny the allegations in paragraph 436 of the SAC.

437. Defendants state that insofar as the allegations in paragraph 437 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 437 of the SAC.

438. Defendants state that insofar as the allegations in paragraph 438 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 438 of the SAC.

439. Defendants state that insofar as the allegations in paragraph 439 state conclusions of law, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 439 of the SAC.

**CLASS ACTION ALLEGATIONS**

440. Defendants state that Plaintiffs purport to bring a class action against Defendants and represent a proposed class. Defendants deny that class treatment is appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 440 of the SAC.

441. Defendants deny the allegations in paragraph 441 of the SAC. Defendants further state that insofar as the allegations in paragraph 441 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

442. Defendants deny the allegations in paragraph 442 of the SAC and its subparts. Defendants further state that insofar as the allegations in paragraph 442 state conclusions of law, no response is required, and Defendants deny the allegations SAC on that basis.

443. Defendants deny the allegations in paragraph 443 of the SAC. Defendants further state that insofar as the allegations in paragraph 443 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

444. Defendants deny the allegations in paragraph 444 of the SAC. Defendants further state that insofar as the allegations in paragraph 444 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

445. Defendants deny the allegations in paragraph 445 of the SAC. Defendants further state that insofar as the allegations in paragraph 445 state conclusions of law, no response is required, and Defendants deny the allegations in paragraph 445 of the SAC on that basis.

446. Defendants deny the allegations in paragraph 446 of the SAC. Defendants further state that insofar as the allegations in paragraph 446 state conclusions of law, no response is required, and Defendants deny the allegations in paragraph 446 of the SAC on that basis.

447. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 447 and therefore deny them. Defendants further state that insofar as the allegations in paragraph 447 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

448. To the extent paragraph 448 references or purports to summarize, quote, or interpret *Cates v. Trs. of Columbia Univ.*, No. 1:16-cv-06524-GBD, 2021 U.S. Dist. LEXIS 200890, at *15-16 (S.D.N.Y. Oct. 18, 2021), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 448 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

449. To the extent paragraph 449 references or purports to summarize, quote, or interpret *Tibble v. Edison Int'l*, 135 S.Ct. 1823 (2015), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 449 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

450. To the extent paragraph 450 references or purports to summarize, quote, or interpret *Hughes v. Nw. Univ.*, 595 U.S. 170 (2022), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 450 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

451. To the extent paragraph 451 references or purports to summarize, quote, or interpret *Cunningham v. Cornell Univ*., 604 U.S. 693 (2025), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 451 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

452. To the extent paragraph 452 references or purports to summarize, quote, or interpret *Sweda v. Univ. of Pa.*, No. 16-4329, 2021 WL 2665722 (E.D. Pa. June 28, 2021); *Mister v. Illinois Central Gulf R.R.*, No. 81-3006 (S.D. Ill. 1993); *Will v. General Dynamics*, No. 06-698, 2010 WL 4818174, at *2 (S.D. Ill. Nov. 22, 2010); *Nolte v. Cigna Corp*., No. 07-2046, 2013 WL 12242015, at *2 (C.D. Ill. Oct. 15, 2013); *Beesley v. Int'l Paper Co*., No. 06-703, 2014 WL 375432, at *2 (S.D. Ill. Jan. 31, 2014); or *Abbott v. Lockheed Martin Corp*., No. 06-701, 2015 WL 4398475, at *2 (S.D. Ill. July 17, 2015), the judicial opinions speaks for themselves, and Defendants deny any characterization of the opinions that is

inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 452 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

453. To the extent paragraph 453 references or purports to summarize, quote, or interpret *Sweda v. Univ. of Pa.*, No. 16-4329, 2021 WL 2665722 (E.D. Pa. June 28, 2021), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 453 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

454. To the extent paragraph 454 references or purports to summarize, quote, or interpret *Mister v. Illinois Central Gulf R.R.*, No. 81-3006 (S.D. Ill. 1993), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 454 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

455. To the extent paragraph 455 references or purports to summarize, quote, or interpret *Will v. General Dynamics*, No. 06-698, 2010 WL 4818174, at *2 (S.D. Ill. Nov. 22, 2010), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 455 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

456. To the extent paragraph 456 references or purports to summarize, quote, or interpret *Nolte v. Cigna Corp.*, No. 07-2046, 2013 WL 12242015, at *2 (C.D. Ill. Oct. 15, 2013), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion

that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 456 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

457. To the extent paragraph 457 references or purports to summarize, quote, or interpret *Beesley v. Int'l Paper Co*., No. 06-703, 2014 WL 375432, at *2 (S.D. Ill. Jan. 31, 2014), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 457 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

458. To the extent paragraph 458 references or purports to summarize, quote, or interpret *Abbott v. Lockheed Martin Corp*., No. 06-701, 2015 WL 4398475, at *2 (S.D. Ill. July 17, 2015), the judicial opinion speaks for itself, and Defendants deny any characterization of the opinion that is inconsistent with its content. Defendants further state that insofar as the allegations in paragraph 458 state conclusions of law, no response is required, and Defendants deny the allegations on that basis.

## CAUSES OF ACTION

### COUNT I – VIOLATION OF FEDERAL WIRETAP ACT, 18 U.S.C § 2510 et seq. (ON BEHALF OF PLAINTIFFS AND THE CLASS)

459. Defendants reallege and incorporate the responses to the previous allegations of the SAC. Defendants state that Plaintiffs purport to bring this count individually and on behalf of members of a proposed class. Defendants deny that class treatment is appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 459 of the SAC.

460. To the extent paragraph 460 references or purports to summarize, quote, or interpret 18 U.S.C. § 2520(a), the statute speaks for itself, and Defendants deny any

characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 460 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 460 of the SAC.

461. To the extent paragraph 461 references or purports to summarize, quote, or interpret 18 U.S.C. § 2520(a), the statute speaks for itself, and Defendants deny any characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 461 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 461 of the SAC.

462. To the extent paragraph 462 references or purports to summarize, quote, or interpret 18 U.S.C. § 2520(a), the statute speaks for itself, and Defendants deny any characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 462 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 462 of the SAC.

463. Defendants state that insofar as the allegations in paragraph 463 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 463 of the SAC.

464. Defendants state that insofar as the allegations in paragraph 464 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 464 of the SAC.

465. Defendants state that insofar as the allegations in paragraph 465 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 465 of the SAC.

466. Defendants state that insofar as the allegations in paragraph 466 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 466 of the SAC.

467. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 134), Plaintiffs' Intrusion Upon Seclusion claim was dismissed with prejudice. Defendants deny the allegations in paragraph 467 of the SAC.

468. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 134), Plaintiffs' Intrusion Upon Seclusion claim was dismissed with prejudice. Defendants deny the allegations in paragraph 468 of the SAC.

469. Defendants deny that Plaintiffs and putative class members are entitled to any of the requested relief, including the relief requested under the section entitled "Request for Relief."

**COUNT II – VIOLATION OF WESCA, 18 Pa.C.S. § 5701 et seq.**
**(ON BEHALF OF PLAINTIFFS AND THE CLASS)**

470. Defendants reallege and incorporate the responses to the previous allegations of the SAC. Defendants state that Plaintiffs purport to bring this count individually and on behalf of members of a proposed class. Defendants deny that class treatment is appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 470 of the SAC.

471. To the extent paragraph 471 references or purports to summarize, quote, or interpret 18 Pa.C.S. § 5703, the statute speaks for itself, and Defendants deny any characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 471 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 471 of the SAC.

472. To the extent paragraph 472 references or purports to summarize, quote, or interpret 18 Pa.C.S. § 5725(a), the statute speaks for itself, and Defendants deny any

characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 472 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 472 of the SAC.

473. To the extent paragraph 473 references or purports to summarize, quote, or interpret 18 Pa.C.S. § 5702, the statute speaks for itself, and Defendants deny any characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 473 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 473 of the SAC.

474. To the extent paragraph 474 references or purports to summarize, quote, or interpret 18 Pa.C.S. § 5702, the statute speaks for itself, and Defendants deny any characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 474 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 474 of the SAC.

475. To the extent paragraph 475 references or purports to summarize, quote, or interpret 18 Pa.C.S. § 5702, the statute speaks for itself, and Defendants deny any characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 475 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 475 of the SAC.

476. Defendants state that insofar as the allegations in paragraph 476 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 476 of the SAC.

477. To the extent paragraph 477 references or purports to summarize, quote, or interpret 18 Pa.C.S. § 5702, the statute speaks for itself, and Defendants deny any

characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 477 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 477 of the SAC.

478. To the extent paragraph 478 references or purports to summarize, quote, or interpret 18 Pa.C.S. § 5702, the statute speaks for itself, and Defendants deny any characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 478 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 478 of the SAC.

479. Defendants state that insofar as the allegations in paragraph 479 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 479 of the SAC.

480. Defendants state that insofar as the allegations in paragraph 480 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 480 of the SAC.

481. Defendants state that insofar as the allegations in paragraph 481 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 481 of the SAC.

482. Defendants state that insofar as the allegations in paragraph 482 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 482 of the SAC.

483. Defendants state that insofar as the allegations in paragraph 483 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 483 of the SAC.

484. Defendants state that insofar as the allegations in paragraph 484 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 484 of the SAC.

485. Defendants state that insofar as the allegations in paragraph 485 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 485 of the SAC.

486. Defendants state that insofar as the allegations in paragraph 486 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 486 of the SAC.

487. Defendants deny that Plaintiffs and putative class members are entitled to any of the requested relief, including the relief requested under the section entitled "Request for Relief."

**COUNT III – INTRUSION UPON SECLUSION**
**(ON BEHALF OF PLAINTIFFS AND THE CLASS)**

488. Defendants reallege and incorporate the responses to the previous allegations of the SAC. Defendants state that Plaintiffs purport to bring this count individually and on behalf of members of a proposed class. Defendants deny that class treatment is appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 488 of the SAC.

489. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 134), Plaintiffs' Intrusion Upon Seclusion claim was dismissed with prejudice, and therefore, no response to this paragraph is required.

490. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 134), Plaintiffs' Intrusion Upon Seclusion claim was dismissed with prejudice, and therefore, no response to this paragraph is required.

491. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 134), Plaintiffs' Intrusion Upon Seclusion claim was dismissed with prejudice, and therefore, no response to this paragraph is required.

492. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 134), Plaintiffs' Intrusion Upon Seclusion claim was dismissed with prejudice, and therefore, no response to this paragraph is required.

493. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 134), Plaintiffs' Intrusion Upon Seclusion claim was dismissed with prejudice, and therefore, no response to this paragraph is required.

494. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 134), Plaintiffs' Intrusion Upon Seclusion claim was dismissed with prejudice, and therefore, no response to this paragraph is required.

495. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 134), Plaintiffs' Intrusion Upon Seclusion claim was dismissed with prejudice, and therefore, no response to this paragraph is required.

496. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 134), Plaintiffs' Intrusion Upon Seclusion claim was dismissed with prejudice, and therefore, no response to this paragraph is required.

497. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 134), Plaintiffs' Intrusion Upon Seclusion claim was dismissed with prejudice, and therefore, no response to this paragraph is required.

498. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 134), Plaintiffs' Intrusion Upon Seclusion claim was dismissed with prejudice, and therefore, no response to this paragraph is required.

499. Pursuant to the Court's Order on Defendants' Motion to Dismiss (ECF No. 134), Plaintiffs' Intrusion Upon Seclusion claim was dismissed with prejudice, and therefore, no response to this paragraph is required.

500. Defendants deny that Plaintiffs and putative class members are entitled to any of the requested relief, including the relief requested under the section entitled "Request for Relief."

**COUNT IV – BREACH OF FIDUCIARY DUTY**
**(ON BEHALF OF PLAINTIFFS AND THE CLASS)**

501. Defendants reallege and incorporate the responses to the previous allegations of the SAC. Defendants state that Plaintiffs purport to bring this count individually and on behalf of members of a proposed class. Defendants deny that class treatment is appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 501 of the SAC.

502. To the extent paragraph 502 references or purports to summarize, quote, or interpret 145 C.F.R. § 164.502, the statute speaks for itself, and Defendants deny any characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 502 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 502 of the SAC.

503. To the extent paragraph 503 references or purports to summarize, quote, or interpret 145 C.F.R. § 164.502, the statute speaks for itself, and Defendants deny any characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 503 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 503 of the SAC.

504. To the extent paragraph 504 references or purports to summarize, quote, or interpret 28 Pa. Code § 115.27, 28 Pa. Stat. § 7607, and 49 Pa. Code § 25.213(c), the statutes speak for themselves, and Defendants deny any characterization of the statutes that is inconsistent with their content. Defendants state that insofar as the allegations in paragraph 504 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 504 of the SAC.

505. To the extent paragraph 505 references or purports to summarize, quote, or interpret 145 C.F.R. § 164.502, the statute speaks for itself, and Defendants deny any characterization of the statute that is inconsistent with its content. Defendants state that insofar as the allegations in paragraph 505 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 505 of the SAC.

506. Defendants state that insofar as the allegations in paragraph 506 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 506 of the SAC.

507. Defendants state that insofar as the allegations in paragraph 507 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 507 of the SAC.

508. Defendants state that insofar as the allegations in paragraph 508 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 508 of the SAC.

509. Defendants deny that Plaintiffs or any putative class member have suffered any injury or are entitled to any relief in this action and further deny that class treatment is

appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 509 of the SAC.

**COUNT V – UNJUST ENRICHMENT**
**(ON BEHALF OF PLAINTIFFS AND THE CLASS)**

510. Defendants reallege and incorporate the responses to the previous allegations of the SAC. Defendants state that Plaintiffs purport to bring this count individually and on behalf of members of a proposed class. Defendants deny that class treatment is appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 510 of the SAC.

511. Defendants state that insofar as the allegations in paragraph 511 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 511 of the SAC.

512. Defendants deny the allegations in paragraph 512 of the SAC.

513. Defendants state that insofar as the allegations in paragraph 513 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 513 of the SAC.

514. Defendants deny the allegations in paragraph 514 of the SAC.

515. Defendants admit that they provide services pursuant to the Privacy Notice and HIPAA Notice. Defendants state that to the extent paragraph 515 references or purports to summarize, interpret, or quote any portion of the Privacy Notice or HIPAA Notice, the documents speak for themselves, and Defendants deny any characterization of the documents that is inconsistent with their contents. Except as otherwise stated, Defendants deny the allegations in paragraph 515 of the SAC.

516. Defendants deny the allegations in paragraph 516 of the SAC.

517. Defendants deny the allegations in paragraph 517 of the SAC.

518. Defendants deny the allegations in paragraph 518 of the SAC.

519. Defendants state that insofar as the allegations in paragraph 519 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 519 of the SAC.

520. Defendants deny the allegations in paragraph 520 of the SAC.

521. Defendants state that insofar as the allegations in paragraph 521 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 521 of the SAC.

522. Defendants deny that Plaintiffs or any putative class member have suffered any injury or are entitled to any relief in this action and further deny that class treatment is appropriate. Except as otherwise stated, Defendants deny the allegations in paragraph 522 of the SAC.

523. Defendants state that insofar as the allegations in paragraph 523 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 523 of the SAC.

524. Defendants state that insofar as the allegations in paragraph 524 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 524 of the SAC.

525. Defendants state that insofar as the allegations in paragraph 525 state conclusions of law, no response is required. Except as otherwise stated, Defendants deny the allegations in paragraph 525 of the SAC.

526. Defendants deny that Plaintiffs and putative class members are entitled to any of the requested relief, including the relief requested under the section entitled "Request for Relief" and on that basis deny the allegations in paragraph 526 of the SAC.

**PRAYER FOR RELIEF**

Defendants deny that Plaintiffs and putative class members are entitled to any of the requested relief, including the relief requested under the section entitled "Request for Relief."

**JURY TRIAL DEMANDED**

Defendants state that Plaintiffs have demanded a trial by jury on all claims so triable.

**AFFIRMATIVE DEFENSES**

As to affirmative defenses to the SAC, Defendants do not, by stating the matters set forth in these defenses, assume the burden of proof or persuasion on any matters as to which Plaintiffs have the burden of proof or persuasion. The following affirmative defenses are based on Defendants' knowledge, information, and belief at this time, and Defendants specifically reserve the right to modify, amend, or supplement any affirmative defense contained in this Answer. Defendants reserve the right to assert other defenses as information is gathered through discovery and investigation.

**FIRST AFFIRMATIVE DEFENSE**

**(Lack of Article III Standing)**

Plaintiffs and putative class members lack Article III standing because they have not suffered any injury-in-fact that can be fairly traced to Defendants' alleged conduct.

**SECOND AFFIRMATIVE DEFENSE**

**(Consent)**

Plaintiffs' and the putative class's claims are barred, in whole or in part, to the extent that

Plaintiffs and/or putative class members consented to Defendants' use of website analytic and enhancement technologies, such as cookies and pixels, when they registered for an account and because they were on notice of such practices through Defendants' hyperlinked privacy policy, including in the footer of the webpages at issue.

**THIRD AFFIRMATIVE DEFENSE**

**(Assumption of Risk, Voluntary Disclosure)**

Plaintiffs' and the putative class's claims are barred to the extent that Plaintiffs and/or putative class members assumed the risk of any browsing information being shared with a public website and to the extent that Plaintiffs and putative class members were aware that Defendants used third-party tracking technology on their respective webpages.

**FOURTH AFFIRMATIVE DEFENSE**

**(Reasonableness and Good Faith)**

Plaintiffs' and the putative class's claims are barred, in whole or in part, because Defendants at all times acted in good faith and in compliance with any applicable state and federal laws and/or regulations.

**FIFTH AFFIRMATIVE DEFENSE**

**(Substantial Compliance)**

Plaintiffs' and the putative class's claims are barred, in whole or in part, because at all times Defendants substantially complied with any applicable law, statutes, and/or regulations.

**SIXTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

Plaintiffs' and the putative class's claims are barred, in whole or in part, by the applicable

statute of limitations for Plaintiffs' claims.

**SEVENTH AFFIRMATIVE DEFENSE**

**(No Injury and No Damage)**

Plaintiffs' and the putative class's claims fail, in whole or in part, because they have not suffered any actual injury or damage caused by Defendants' alleged conduct.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Waiver, Ratification, Acquiescence, Estoppel)**

Plaintiffs' and the putative class's claims are barred, in whole or in part, by the doctrines of waiver, ratification, acquiescence, and/or estoppel by reason of Plaintiffs' and putative class members' continued use of websites or online services after being provided notice of applicable disclosures regarding the potential use of cookies, pixels, and similar technologies.

**NINTH AFFIRMATIVE DEFENSE**

**(Class Action Improper)**

This suit may not properly be maintained as a class action because Plaintiffs have failed to plead and cannot establish the necessary properly certifiable elements under Fed. R. Civ. P. 23. The deficiencies include, without limitation, that Plaintiffs are not adequate class representatives, their claims are not typical of those of the class, and any common issues do not predominate. Instead, individualized issues predominate, the alleged putative class is not ascertainable, nor are its members identifiable, and a class action is not a superior means of adjudication. Plaintiffs will be unable to meet the burden of proving all of the elements required to certify a class.

**TENTH AFFIRMATIVE DEFENSE**

**(Statutory Exception Applies)**

Plaintiffs' and the putative class's claims are barred, in whole or in part, because an applicable law, statute, or regulation provides an exception from liability for Defendants. *See* 45 C.F.R. § 164.502 (authorizing disclosures of HIPAA-protected information to business associates).

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Punitive Damages)**

To the extent that Plaintiffs claim exemplary or punitive damages, such awards are prohibited under the Fifth, Eighth, and Fourteenth Amendments to the United States Constitution. Alternatively, to the extent that Plaintiffs claim exemplary or punitive damages, they fail to allege claims or injury sufficient to entitle them to such an award.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

Plaintiffs and putative class members have failed to mitigate their alleged injuries.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Conduct Reasonable, Justified)**

At all times, Defendants have acted reasonably and in good faith. Defendants' business conduct is justified, and their business practices do not offend public policy, are not unethical, and do not cause injury to users. Any use of cookies, pixels, and similar technologies was justified because any such use was undertaken pursuant to and in compliance with applicable laws and regulations, and the conduct alleged in the SAC constitutes conduct otherwise permitted by law.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Superseding or Intervening Cause)**

Plaintiffs and putative class's claims are barred, precluded, and/or diminished, in whole or in part, by the doctrine of intervening and/or superseding causation because any alleged damages they claim were caused by third parties who were not employees or agents of Defendants or occurred on a webpage that is owned and operated by a third party, not Defendants.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Independent Third-Party Disclosure)**

Plaintiffs and putative class's claims are barred, in whole or in part, by agreements that they independently entered into with third parties and/or by their prior disclosure of information to third parties.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Comparative Fault)**

Persons or entities other than Defendants may have caused or contributed to the damages that Plaintiffs and the putative class members allegedly suffered, and therefore any award in favor of Plaintiffs or the putative class members must be reduced by an amount equal to the percentage of fault of others causing or contributing to the damages alleged.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Ordinary Course of Business)**

Plaintiffs' and putative class's claims are barred, in whole or in part, because any actions alleged in the SAC were undertaken in the ordinary course of Defendants' lawful business and consistent with the Defendants' established course of dealing, course of performance, and/or

industry custom and practice. Defendants' conduct was commercially reasonable, authorized, and justified.

## PRAYER FOR RELIEF

WHEREFORE, Defendants Cigna Corporate Services, LLC, and The Cigna Group pray for the following relief:

1. That judgment on the SAC, and on each cause of action alleged in the SAC, be entered in favor of Defendants;

2. That this Court finds that this suit cannot be maintained as a class action;

3. That this Court denies Plaintiffs or members of the purported class relief of any kind;

4. That Defendants be awarded their costs incurred, including reasonable attorneys' fees; and

5. For such other or further relief as this Court may deem just and proper.

Dated: August 10, 2026

By: */s/ Tiffany Cheung*
Tiffany Cheung

JOE NGUYEN (93638)
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street
Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8000
Email: JNguyen@stradley.com

TIFFANY CHEUNG (*pro hac vice*)
MICHELLE SOSA-ACOSTA (*pro hac vice*)
ALBERTO CORONA (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Email: TCheung@mofo.com
Email: MSosaAcosta@mofo.com
Email: ACorona@mofo.com

KATHERINE E. DRISCOLL (328688)
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Email: KDriscoll@mofo.com

ADAM J. HUNT (*pro hac vice*)
DILLON J. KRAUS (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Email: AdamHunt@mofo.com
Email: DKraus@mofo.com

LAURA HILL (*pro hac vice*)
MORRISON & FOERSTER LLP
925 Fourth Ave
Suite 3600
Seattle, WA 98104
Telephone: (206) 327-6500
Email: LHill@mofo.com

*Counsel for Defendants Cigna Corporate Services, LLC and The Cigna Group*

**CERTIFICATE OF SERVICE**

I, Tiffany Cheung, hereby certify that on August 10, 2026, the foregoing document was filed electronically with the Clerk of the Court using the ECF system. This document is available for reviewing and downloading from the ECF system.

*/s/ Tiffany Cheung*
Tiffany Cheung