**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JERRY M. ADAIR, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**CIGNA CORPORATE SERVICES, LLC, and**<br>**THE CIGNA GROUP,**<br>**Defendants.** | **CIVIL ACTION**<br><br>**NO. 25-cv-2384** |
| **JERRY MITCHELL ADAIR, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**ADOBE SYSTEMS, INC.,**<br>**Defendant.** | **NO. 26-mc-71** |

**ORDER**

**AND NOW**, this 21st day of August, 2026, in accordance with this Court's Orders (ECF Nos. 91, 140) appointing Bruce P. Merenstein as a Special Master for resolving discovery disputes in the above-captioned matters, **IT IS HEREBY ORDERED** that all outstanding discovery disputes are **REFERRED** to the Special Master for resolution. **IT IS HEREBY FURTHER ORDERED** that the parties **SHALL NOT** file any further letters or motions regarding discovery.

**BY THE COURT:**

*S/* **WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**